UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-61644-CV-SINGHAL/VALLE

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
                    Plaintiff,        )
                                      )
v.                                    )
                                      )
MJ CAPITAL FUNDING, LLC,              )
MJ TAXES AND MORE INC., and           )
JOHANNA M. GARCIA,                    )
                                      )
                    Defendants.       )
_____)

### EXHIBITS IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND OTHER RELIEF AND SUPPORTING MEMORANDUM OF LAW

| # | |
|---|---|
| 1 | MJ Capital Florida Corporate Filing |
| 2 | *MJ Capital Funding, LLC v. Doe*, No. 0:21-cv-60841-AHS (S.D. Fla.) Garcia Declaration, DE 22-2 |
| 3 | MJ Taxes Florida Corporate Filing |
| 4 | Declaration of Julia D'Antonio |
| 5 | June 2020 Loan Agreement |
| 6 | July 2020 Loan Agreement |
| 7 | September 2020 Loan Agreement |
| 8 | October 2020 Sample Merchant Cash Advanced Agreement |
| 9 | April 2021 Merchant Cash Advance Agreement |

| 10 | June 2021 Merchant Cash Advance Agreement |
|---|---|
| 11 | New Contract Intake Form |
| 12 | Non-Disclosure Agreement, Purchaser Non-Compete Agreement, IRS W-9 form, Referral Program Agreement |
| 13 | Declaration of Raymond Andjich |
| 14 | May 12, 2021 MJ Capital Website Capture and Attestation |
| 15 | November 26, 2020 MJ Capital Archived Website Capture and Attestation |
| 16 | December 5, 2020 MJ Capital Archived Website Capture and Attestation |
| 17 | January 26, 2021 MJ Capital Archived Website Capture and Attestation |
| 18 | March 6, 2021 MJ Capital Archived Website Capture and Attestation |
| 19 | Transcript of Video on MJ Capital's Website - *The Story of PFR* |
| 20 | August 4, 2021 MJ Capital website capture and attestation |
| 21 | August 4, 2021 MJ Capital Instagram capture and attestation |
| 22 | May 12, 2021 MJ Capital Instagram capture and attestation |
| 23 | May 12, 2021 MJ Capital Twitter capture and attestation |
| 24 | *MJ Capital Funding, LLC v. Doe*, No. 0:21-cv-60841-AHS (S.D. Fla.) Complaint, DE 1 |
| 25 | SEC Attestation for MJ Capital Funding LLC |
| 26 | SEC Attestation for MJ Taxes and More Inc. |