# EXHIBIT 14

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FL-04282

## DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation # FL-04282. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3. In support of investigation number FL-04282, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

   mjcapitalfunds.com

4. I completed the above mentioned internet preservation on May 12, 2021, using the following tools:

   Fireshot Pro

   The above listed tools are commonly used to preserve internet content.

5. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled FL-04282, and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

6. I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

   \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Russell Castillo*

[Russell Castillo]

Executed on this 12th day of May 2021.

Page 1
HOME | MJ Capital Funding
https://www.mjcapitalfunds.com/





# CUSTOM MERCHANT CASH ADVANCE PROGRAMS

the story of 

## PFR





QUICK APPROVALS



FAST FUNDING



FLEXIBLE TERMS

Merchant Cash Advance

# What We Offer

Page 2
HOME | MJ Capital Funding
https://www.mjcapitalfunds.com/



**Good or Bad Credit**

We work with credit scores of all ranges in our merchant cash advance programs.



**Fast Approval**

Applications are processed quickly to assure you receive your funds in as quick as 24 hours.



**No Collateral**

No collateral is collected or required to secure your advance!



**No Upfront Fees**

No fees or upfront costs required to get started on most of our cash advance programs.



**Flexible Repayment**

Plans are flexible and we can work the repayment schedule around your business cashflow.



**Optimal Customer Service**

24x7 assistance throughout the duration of a MCA.

Reach Us Today

# Just 4 Simple Steps

Quick, Easy and Simple.





**Apply Online**

Just apply on our website to get this process started.



**Meet A Specialist**

A specialist from our firm will contact you to schedule a meeting to discuss and assess your business needs.



**Quick Approval**

After meeting with a specialist, your financial needs may be approved in just a few hours.



**Receive Cash**

Once approved, your cash may be available in as little as 24 hours.

We are here to help you achieve your business goals.      | Contact Us |

## Apply Now

Contact Name

Company name

Phone

Email

Comments

Submit

HOME      MERCHANT CASH ADVANCE      WHY MJ CAPITAL FUNDING      HOW TO PARTNER WITH US      BLOG

**CAPITAL FUNDING**
A CLIENT-FOCUSED COMPANY PROVIDING QUICK SOLUTIONS

☎ **FL:** 561-779-9423          🖶 **FL:** 954-933-1677          📍 **FL:** 2754 W. Atlantic Blvd, Pompano Beach, FL 33069

©2021 MJ Capital Funding. All Rights Reserved.

Page 6
Merchant Cash Advance | MJ Capital Funding
https://www.mjcapitalfunds.com/merchant-cash-advance/



HOME    MERCHANT CASH ADVANCE    WHY MJ CAPITAL FUNDING    HOW TO PARTNER WITH US    BLOG

## Why Use Merchant Cash Advances?

It is understandable that different types of business owners may face tough times or different situations. Expenses and opportunities that arise unexpectedly where traditional financing may not be sufficient. For this reason an alternative option to satisfy a business financial needs may be the best option. MJ Capital Funding would love to step in and lend a hand with our Merchant Cash Advance program.

Our simplified 2 step process allows us to quickly support your business needs. Internally our goal is to help you and your business thrive during uncertain times by working with our specialists and a customizable Merchant Cash Advance program.



**Apply Now**

Submit

## Alternative vs Traditional Financing

| | MJ Capital Funding | Bank Loans | Federal Loans |
|---|---|---|---|
| Funding Wait Time | Within 72 Hours | | |
| Credit Requirements | Low | | |
| Collateral Required | No | | |

## Benefits of Merchant Cash Advances

Our Merchant Cash Advance program is an alternative option for your business. No upfront fees, easy credit approval, no requirement for collateral and we use a quick source of financing with flexible payment programs. Since traditional financing may be complicated and inefficient, we strive to provide a painless experience in an affordable and customizable program to achieve your business goals. We strive to provide a painless platform with an affordable and customizable program to achieve the goals you have set for your business.

## Our Process Requires Minimal Paperwork



**Apply Online**
Just apply on our website to get the process started

**Quickly Approved**
After meeting with a specialist, your financial needs may be approved in just a few hours.

**Schedule Meeting**
A specialist from our firm will contact you to schedule a meeting to discuss and assess your business needs.

**Receive Cash**
Once approved, your cash may be available in as little as 24 hours!

HOME    MERCHANT CASH ADVANCE    WHY MJ CAPITAL FUNDING    HOW TO PARTNER WITH US    BLOG

CAPITAL FUNDING

PH:954 779 9423    FX:954 933 4777    FL:2164 W. Atlantic Blvd Pompano Beach FL 33069

2020 MJ Capital Funding. All Rights Reserved

Captured by Fin-Shot Pro: 12 May 2021, 16:27:25

APPLICATION    📞 941 779 9425

## (M) CAPITAL FUNDING
### A CLIENT FOCUSED COMPANY PROVIDING QUICK SOLUTIONS

HOME    MERCHANT CASH ADVANCE    WHY MJ CAPITAL FUNDING    HOW TO PARTNER WITH US    BLOG



## Why MJ Capital Funding ?

We understand obtaining a merchant cash advance may be a first for many business owners. We pride ourselves in providing excellent and fast customer service so that you can sit back with peace of mind! Furthermore, through our pipeline of investors, you can expect cash of up to $200,000 to fulfill the needs of your business.

Our goal is to be the best partner possible and to aid you in your journey in developing the business of your dreams.

Merchant Cash Advance
# What We Offer

Follows a process that requires minimal paperwork with the ability to receive funds immediately!

**Good or Bad Credit**

MJ Capital Funding can help with credit scores of various ranges.

**Fast Approval**

We'll move quickly to get your funds to you ASAP, possibly as quick as 24 hours!

**No Collateral**

You won't be asked for any collateral in order to receive your funding.

**No Personal Guarantees**

We don't ask for personal guarantees or collateral on business loans.

**No Upfront Fees**

You won't need to pay any fees or costs up front to get started on most programs.

**No Hidden Charges**

Any charges associated with the cash advance are made very clear early on, so there are no surprises.

**Customizable MCA Programs**

We have a variety of merchant cash advance programs to choose from, and will help determine the right solution for you.

**Flexible Repayment Schedules**

Every business is unique, and we'll work with your cashflow to set a comfortable repayment plan.

**Up to $200,000**

Secure up to $200,000 quickly, with no personal guarantee, for your business.

**Direct Assistance**

Our specialists are easy to talk to
and work with – we'll help you
through every step of the
process, and are here for any
questions.

# Apply Now

Contact Name

Company Name

Phone

Email

Comments

Submit

HOME    MERCHANT CASH ADVANCE    WHY MJ CAPITAL FUNDING    HOW TO PARTNER WITH US    BLOG



☎ **FL:** 561-779-9423          🖶 **FL:** 954-933-1677          📍 **FL:** 2754 W. Atlantic Blvd. Pompano Beach, FL 33069

©2021 MJ Capital Funding. All Rights Reserved.

Page 7
How To Partner With Us | MJ Capital Funding
https://www.mjcapitalfunds.com/partners/



HOME        MERCHANT CASH ADVANCE        WHY MJ CAPITAL FUNDING        HOW TO PARTNER WITH US        BLOG

## PARTNERS

We help small and medium-sized business owners across the nation with the aim of being the best partner possible while lending a hand in developing a business dreamed by these owners. We also understand the importance of growing capital in a responsible manner. Working with MJ Capital Funding will grant your business a platform that carefully focuses on small business growth.

Our partners expect superior attention from specialists at our firm to ensure the optimal understanding of the cash advance process. It there is a commonality in the desire of aiding small business owners to grow in todays complex marketplace, contact us to work together through a partnership today!



Merchant Cash Advance
# TARGETED INDUSTRIES

It follows a process that requires minimal paperwork and with the ability to receive funds immediately!

   

   

**Connect with us and start a partnership with MJ Capital Funding Today!**

HOME        MERCHANT CASH ADVANCE        WHY MJ CAPITAL FUNDING        HOW TO PARTNER WITH US        BLOG



📞 FL: 561 779 5425          📱 FL: 954-555 8777          📍 FL: 295. W. Atlantic Blvd. Pompano Beach, FL 75069

©2021 MJ Capital Funding All Rights Reserved.

Captured by FireShot Pro: 12 May 2021, 14:37:28

Page 8
Blog | MJ Capital Funding
https://www.mjcapitalfunds.com/blog/



APPLICATION    561-779-9423

HOME    MERCHANT CASH ADVANCE    WHY MJ CAPITAL FUNDING    HOW TO PARTNER WITH US    BLOG







Previous Posts

- April 2021

**Is MJ Capital Funding a Ponzi Scam? Or the Victim of False Allegations by a Financially Motivated Anonymous Stranger?**

This is the truth behind an anonymous individual who is attacking MJ Capital Funding and demanding 100,000 dollars to remove the website attack. MJ Capital Funding (MJCF) is a female owned business headquartered in southern Florida.

CLICK HERE TO READ MORE »

**MJ Capital Funding's CEO: Johanna Garcia**

This is the story of MJ Capital Funding's Johanna Garcia of Florida. Below we dive into the life and how the company came to be.

CLICK HERE TO READ MORE »

**How to Find the Right Funding For a Small Business in 2021**

Kickstart Your Business Many people invest or take their dreams when they start a business because it is currently hard to receive funding otherwise. If you have

CLICK HERE TO READ MORE »




**What is Capital Funding?**

What is capital funding? It is money provided by debt lenders and equity holders to fund a business's needs.

CLICK HERE TO READ MORE »

HOME    MERCHANT CASH ADVANCE    WHY MJ CAPITAL FUNDING    HOW TO PARTNER WITH US    BLOG



FL: 561-779-9423          FL: 954-933-1677          2754 W. Atlantic Blvd. Pompano Beach, FL 33069

©2021 MJ Capital Funding. All Rights Reserved.

Captured by FireShot Pro: 12 May 2021, 14:27:30



CAPITAL FUNDING
A CLIENT FOCUSED COMPANY PROVIDING QUICK SOLUTIONS

HOME     MERCHANT CASH ADVANCE     WHY MJ CAPITAL FUNDING     HOW TO PARTNER WITH US     BLOG

## Is MJ Capital Funding a Ponzi Scam? Or the Victim of False Allegations by a Financially Motivated Anonymous Stranger?

This is the truth behind an anonymous individual who is attacking MJ Capital Funding and demanding 150,000 dollars to remove the website attack. MJ Capital Funding (MJCF) is a female owned business headquartered in southern Florida.



### Table of Contents

1. Is MJ Capital Funding a Ponzi Scheme or Scam?
   1.1. MJ Funding Under Attack
   1.2. The True Scam Begins...
2. The Ultimate Goal Is to Get MJCF to Pay to Remove the Website.
   2.1. Further Evidence That Answers: Is MJ Capital Funding in Pompano Florida a Scam?
   2.2 Is MJ Capital Funding Legit Business?
   2.3. MJ Capital Funds Florida Vs Unknown Individual(s)

### Is MJ Capital Funding a Ponzi Scheme Or Scam?

No. MJ Capital Funding is not a scam or ponzi scheme. The content below will detail the attack by the anonymous individual who is at the center of these baseless claims. And they will be caught. They are using a false identity, as well as masquerading as a champion of the people, while truly only being financially motivated.

Lets look at when the website first came online.The image on the right shows a whois lookup of the website that sprouted up overnight in April.

### MJ Funding Under Attack

It wasn't long after the website appeared that someone alerted us. Let us be clear. Nothing, and we mean nothing on the website that is targeting us is true. That is our official statement. Below you'll see the evidence, and the truth. We have called the Police, and the FBI and are in the process of catching this individual. We believe in the American justice system. The law, and the truth are on our side, and justice will be served.

### The True Scam Begins...



The first version of the website that appeared on 4/10/21 was clearly quickly thrown together with completely fake victims and names, because that is all the culprit could conjure.

There aren't ANY victims here except MJ Capital Funding and those we do business with who have been hurt by the lies.

The image on the left and below consists of computer generated faces from thispersondoesnotexist.com – A popular website that creates artificially generated faces. The fraudster simply went to this website and refreshed the page, and saved all the images for his fake presentation of victims. A simple google search of the names or dollar amounts associated with each of these images yields nothing.

Now, most people may not realize these faces are computer generated, but some will quickly recognize this. The individual was hoping to scare off potential MJCF purchasers as well as receivers. Their intention is to injure MJ Capital Funding. They are not defending or helping anyone. However, they are working hard to line their own pockets with cryptocurrency (more on that below).

This page was quickly taken down when they realized it wasn't very convincing. So they updated the website to be more believable. They've been steadily updating it with back links and writing false content presented as truth to try to make it seem more legitimate. The person who is attacking us has help from someone who is competent in SEO (search engine optimization). Nevertheless they will be caught.

(Larger image below shows the clearly AI generated faces)

Page 10
Is MJ Capital Funding a Ponzi Scam? Or a Victim of Cyber Crime?
https://www.mjcapitalfunds.com/mj-capital-funding-ponzi-scam-or-victim/

After digging deeper into MJ Capital Funding I discovered that the company has only recently been in business since 2020. According to Sunbiz MJ Capital Funding was incorporated in June 06/30/2020. This means this so called capital company has not even been around for a year and apparently all of their so called brokers are multi millionaires through this venture. Speaking of brokers, according to others close to the company, MJ Capital Funding brokers are mainly comprised of 5 members most of whom are either family members of Johanna Garcia or close friends.

## WHO ARE THE MJ CAPITAL FUNDING CONSPIRATORS

MJ Capital Funding conspirators are classic case of nepotism. According to those inside of the organization, Johanna has insulated herself inside the barrier of friends and family. She sees to it that the business is closely guarded by only those she trusts and whom she can manipulate. She pays them a lot of money to keep quiet on the shady business she is operating and wont allow anyone outside of her core group of conspirators near her.

# MORE VICTIMS ($3,410,000 LOST)

Since I started my investigation into MJ Capital Funding back in December of last year, more victims of their ponzi scheme fraud has reached out to me. Some have allowed me to use their pictures to warns other not invest in MJ Capital Funding. Their combined loss totals up to $3,410,000'



## The Ultimate Goal Is to Get MJCF to Pay to Remove the Website.

Who in their right mind would want to go through something like this, right? Can you imagine if this happened to you or your business? What would you do and how would you react?

Our first response was to call the police, then the FBI, and then our lawyer. We sought as much advice as we could. We reached out to the domain provider www.siteground.com who is located in Sofia, Bulgaria and asked them to remove the domain. Despite all the evidence against the website we have been collecting, Siteground has stonewalled us, the authorities, and our lawyer. We have sent emails and had multiple chat sessions with Siteground, to no avail.

We then reached out directly to the email info@myjcapitalfundss.com to ask them to take down the website. That is when the perpetrator finally showed his true intentions. **Money.**

Review the email below (we will forward this email directly to you per your request if you would like to review the date/time and technical information that proves this email is real.)



## Further Evidence That Answers: Is MJ Capital Funding in Pompano Florida a Scam?



The answer is of course not. The attacks have been personal. It appears that the culprit is working hard to get under Johanna's skin as well as others who work in the business. We aren't sure if its a competitor of MJCF, or if its just an opportunist looking to get rich quick...But it is certainly NOT Jonathan Aaronson or a legitimate journalist. Read on, this gets better...

If you view the website, the website offers no direct link to any of his works, his identity, other blogs where he can be identified by name.

When you google "Jonathan Aaronson Journalist" nothing comes up with his photograph, nor can any of his work be found.

So what's the deal with that?

It's because he doesn't exist, just like all of the claims coming from the website. Their only intention is to get money. Not to be a champion of the people, or fight fraud.

Look at the two search results below. You'll see in the first image he can't be found on google. And if you reverse image search his profile picture being used on the website, it brings up 58 results of people using the same image for their website. It's a stock photo, isn't that shocking? You can find the photo on unsplash.com for example which is one of the worlds most famous free stock photo websites.

Page 11
Is MJ Capital Funding a Ponzi Scam? Or a Victim of Cyber Crime?
https://www.mjcapitalfunds.com/mj-capital-funding-ponzi-scam-or-victim/



## Is MJ Capital Funding Legit Business?

What MJ Capital does is legitimate. We are a business that specializes in MCA's. MCA's are a legitimate business, in fact, companies like SHOPIFY, SQUARE and PAYPAL have MCA's as part of their business models. Does that make them a Ponzi Scheme as well?

What isn't legitimate is the claims this website is making against the MJCF family.

Look at further evidence from the domain email used. Does he look like someone who is of journalistic integrity and wants to help people and fight a "scam"?

Or does he appear to be someone looking to get paid? Read the email below and you be the judge. Again we can provide the original email to anyone who would like to review the origin of the email in question.



## MJ Capital Funds Florida Vs Unknown Individual(s)

We don't know who we are up against, yet. But we do know they are in the wrong, and that they will be brought to justice. In the meantime, we remain a victim of a crime. Below is proof of our case file with the Broward County Sheriff's office (redacted for privacy). We will not give into criminal demands. If you can help us in anyway to catch the perpetrator, please reach out. We will keep your information confidential. Thank you to everyone who has reached out to help. We appreciate each and every one of you who has taken the time to read this post, and we look forward to bringing an end to this ordeal.



Captured by FireShot Pro: 12 May 2021, 14:27:31

Page 12
Is MJ Capital Funding a Ponzi Scam? Or a Victim of Cyber Crime?
https://www.mjcapitalfunds.com/mj-capital-funding-ponzi-scam-or-victim/

HOME      MERCHANT CASH ADVANCE      WHY MJ CAPITAL FUNDING      HOW TO PARTNER WITH US      BLOG



📞 **FL:** 561-779-9423          🖨 **FL:** 954-933-1677               📍 **FL:** 2754 W. Atlantic Blvd. Pompano Beach, FL 33069

©2021 MJ Capital Funding. All Rights Reserved.



HOME    MERCHANT CASH ADVANCE    WHY MJ CAPITAL FUNDING    HOW TO PARTNER WITH US    BLOG

## PARTNERS

We help small and medium-sized business owners across the nation with the aim of being the best partner possible while lending a hand in developing a business deserved by these owners. We also understand the importance of growing capital in a responsible manner.

Working with MJ Capital Funding will grant your business a platform that carefully focuses on small business growth.

Our partners expect superior attention from specialists at our firm to ensure the optimal understanding of the cash advance process. If there is a commonality in the desire of aiding small business owners to grow in today's complex marketplace, contact us to work together through a partnership today!



Merchant Cash Advance
# TARGETED INDUSTRIES

It allows a process that requires minimal paperwork and with the ability to receive funds immediately!

   

   

**Connect with us and start a partnership with MJ Capital Funding Today!**

Your Name

Phone

Email

Your message

Submit

HOME    MERCHANT CASH ADVANCE    WHY MJ CAPITAL FUNDING    HOW TO PARTNER WITH US    BLOG

CAPITAL FUNDING

📞 FL: 561 779-0-21          📠 FL: 954-553-1677          📍 FL: 2795 W. Atlantic Blvd. Pompano Beach, FL 33069

©2021 MJ Capital Funding. All Rights Reserved.

Page 14
MJ Capital Funding CEO: Spotlight on Johanna Garcia
https://www.mjcapitalfunds.com/mj-capital-funding-johanna-garcia/



APPLICATION    561-779-5424

HOME      MERCHANT CASH ADVANCE      WHY MJ CAPITAL FUNDING      HOW TO PARTNER WITH US      BLOG

## MJ Capital Funding's CEO: Johanna Garcia

This is the story of MJ Capital Funding's Johanna Garcia of Florida. Below we dive into her life and how the company came to be.



### Table of Contents                                    ^

1. Meet MJ Capital Funding CEO Johanna Garcia
2. How Florida's MJ Funding Became a Reality
   2.1. Johanna Garcia and MJ Capital Funds Breaks Ground
   2.2. What Makes MJ Capital Funds Special?
   2.3. The Dream Becomes a Reality
   2.4. How MJ Capital Funding Works
   2.5. Johanna Garcia's Promise

### Meet MJ Capital Funding CEO Johanna Garcia



MJCF derives from the founder's name. Her name is Johanna Michely Garcia, but she is known as Johanna Garcia. She is the owner of all the MJ entities. MJ Remodeling, MJ Capital Funding, MJ Realty, MJ Enterprise, MJ Lounge (coming soon) and Finally the parent company, MJ Tax Services and More, which is the paternal company to all other MJ entities.

Johanna Garcia started working on her dreams full time about 13 years ago as a tax prep. She is from North Lauderdale, Florida, where the majority of the community is Hispanic and African American. Johanna has always been known as a hardworking woman that has had her priorities in line. Johanna will always put her family and friends first. She is often referred to as "Mother Theresa" in her community.

### How Florida's MJ Funding Became a Reality

As mentioned earlier, Johanna started as a tax prep helping her community prepare their taxes. As she was building her clientele, she noticed her clients needed help in different areas of live. Which included finding general services such as help with the immigration process, information regarding buying or selling a home, and funding to general contractors who needed funds to start their projects. These general contractors often had their capital tied up in other projects, but they did not want to give up another venture. They faced many obstacles, but fortunately, Johanna was there with a solution to help.

Johanna saw the needs of her clients, so she took it upon herself to find a way to help her community. She would ask questions to professionals who specialize in the needs of her clients and would direct them to these professionals to meet and exceed their needs.

So, Johanna began to collect a portion of the dividends for directing her clients in the right path, but she never did it with the intention to profit financially. She did it with the intention of helping her community. Johanna Garcia was able to not only to help her community but also grow as a result of her success and building credibility. The more she helped her community in Southern Florida the more she gained new clients.

Johanna Garcia originally operated MJ Capital Funding through MJ Taxes and More, meaning that she would extend Merchant Cash Advances to contractors who needed funding. As she grew she was instructed by her financial advisor to break off MJ Capital Funding into its own entity, creating the business we have today.

Johanna registered her business as MJ Tax Services and More, Inc. in 2016. Prior to that, she did her client's taxes with only her PTIN #, which is a number given by the IRS to anyone rendering tax prep services. She has never taken "no" or "can't" for an answer, which is a direct reflection of her client's reviews.

### Johanna Garcia and MJ Capital Funds Breaks Ground



Thirteen years ago, she officially established the company's current physical location, which is 2754 W Atlantic Blvd, Pompano Beach, FL 33069, and has been registered as a business since 2016. As time went on, she associated herself with financial advisors, CPA's, lawyers, real estate brokers and other key professionals.

In 2019 MJ Realty Group was established, with German Pizzaro as vice president.

Additionally, MJ Remodeling Services and More and MJ Enterprise were founded in 2019, with Nathalia Burgos as VP.

In 2020 MJ Capital Funding was launched, with Nathalia Burgos as VP. And, coming soon is the MJ Lounge.

As you can see, Johanna truly is a passionate entrepreneur, and a very busy person. Yet she always finds times for her clients, friends, and family.

Long before Johanna officially registered her businesses on Sunbiz, she was helping her clients. The fact that Johanna's businesses were not registered as individual entities, does not discredit from the work and effort that she put in, through her parent company, to meet their needs. Johanna is an individual who truly comes from humble beginnings. Throughout the years, the amount of dedication and time that she has put into her businesses has led to an immense amount of knowledge surrounding the areas in which she works, in order to better provide for her clients, while building the MJ Brand.

## What Makes MJ Capital Funds Special?

What makes Florida's MJ Capital Funding platform a successful movement for individuals to put their money to work?

Many of Johanna's long term tax clients remember stepping into her office, when there were only three desks. Many on the team at MJ come from a background where they were working 100+ hours a week. Working hard jobs like managing dry cleaning locations and scraping by on minimum wage even though they possessed the spirit and work ethic for greater success. So, instead of wasting tax return money on shopping or a down payment for a new car, people reached out to Johanna to see if there was anything they could do with that money that would generate revenue.

## The Dream Becomes a Reality

Humble things have humble beginnings.

Take the story of Pavel for example: *"Johanna proceeded to tell me about a construction company that needed $5,000 to start a project and mentioned that I would be receiving $500 a month for 6 months. At the end of the project, once they were finished, they would return what is known as an order payment. What was that I asked? It's the initial amount of money that I agreed to give MJCF for them to put to work. After asking a few general questions, I felt comfortable and allowed myself to trust her with the business model and opportunity. I gave her my order payment of $5,000. After having received my return, I expressed my gratitude to her and asked if I could share this opportunity with my friends and family. The demand for funding exceeded Johanna's personal funds, so she was more than willing to open this opportunity to others"*

**This was the start of MJ Capital Funding.**

MJCF has grown to an extent where there is a team of underwriters who qualify every company that seeks funds from MJCF. There are no exceptions to this! The process consists of checking 6 months' worth of bank statements, last year's tax returns, and their profit and loss sheet for the last year. With that, MJCF is able to pre-determine if they are a good candidate for a merchant case advance.

## How MJ Capital Funding Works

What MJ Capital does with order payments is buy future receivables of these companies. On a daily, weekly, bi-weekly, or monthly basis they are charged an advance fee until the term of the contract ends.

MJCF has a contract with clauses that protect all parties involved. If the merchant (i.e., construction company) were to exit the contract, it is stated that they must return the initial order payment in full to do so. If the purchaser wishes to exit the contract, he/she would have the option to do so when their contract comes due, at which point they would receive their order payment in full. The contract also includes the options available in the event of a default by either MJCF and/or the merchant.

## Johanna Garcia's Promise

Proudly, MJCF can say that no purchaser has ever received a late payment from MJCF, let alone a missed payment. Johanna Garcia has an impeccable accounts payable department. Johanna and the whole company stands behind that.

MJCF has evolved into more than just a business. It is a big family, a cultured work environment, an inclusive community, and somewhere many families are proud to call home.

Should you have any questions or inquiries for MJCF or Johanna Garica, please visit our website www.mjcapitalfunds.com or call (561) 779-9423 to inquire more information.

HOME     MERCHANT CASH ADVANCE     WHY MJ CAPITAL FUNDING     HOW TO PARTNER WITH US     BLOG



CAPITAL FUNDING
A CLIENT FOCUSED COMPANY PROVIDING QUICK SOLUTIONS

📞 **FL:** 561-779-9423          📠 **FL:** 954-933-1677          📍 **FL:** 2754 W. Atlantic Blvd. Pompano Beach, FL 33069

©2021 MJ Capital Funding. All Rights Reserved.

Page 16
How to Find the Right Funding For a Small Business in 2021
https://www.mjcapitalfunds.com/how-to-find-the-right-funding-for-a-small-business/



# How to Find the Right Funding For a Small Business in 2021



**Table of Contents**                                          ▲

1. Bootstrap Your Business
2. Venture Capital Funding
    2.1. Peer to Peer Marketplace Lending
    2.2. Merchant Cash Advance For Small Business Funding
    2.3. Angel Investor Funding
    2.4. Business Incubators
    2.5. Apply For Loan

## Bootstrap Your Business

Many people invest on their own whenever they start a business because it is complicated to receive funding otherwise. If you have a business that does not require a lot of capital to start, you can take out a 0% low interest APR business credit card that could allow you to borrow a small amount of cash for a limited time without incurring interest. The problem is, not everyone qualifies for a good interest rate, or worse, you can't get approved for a credit card at all.



Investing in your own money into the business also establishes good rapport because it shows investors that you are confident in your business idea. Investors will be more willing to invest in your business idea if they see that you are willing to take the financial risk.

## Venture Capital Funding

Looking to fund your small business may lead you into the world of venture capital funding. This is a new form of investment funding usually offered in exchange for some ownership in the share or business. While most venture capitalists are usually seen as vultures, things aren't that bad. For starters, most venture capitalists work alongside you with the business to make sure that their targets are met, and this can be a good thing in the sense that you get a pair of experienced hands around to help you make critical business decisions.

Most venture capitalists focus on companies with high growth. They also work on investing capital in return for equity, and they take have a much higher risk appetite, so they take higher risks in return for potentially higher returns. It's usually pretty hard to find the right group of investors who would be interested in your business, so be prepared for a time consuming process while on this particular path.

## Peer to Peer Marketplace Lending

Peer-to-peer lending is also another viable option to raise capital funding. This option was initially viewed as a way through which people could be accommodated because the conventional banking systems would not approve most of the loan requests coming in. Peer-to-Peer lending has, however, expanded and broadened its horizon. They even target customers aiming to pay off their credit card debts, home improvement loans, and even auto financing.

## Merchant Cash Advance For Small Business Funding

A merchant cash advance is similar to a paycheck cash advance, and it offers business owners a cash advance against future sales. This option is available to businesses that can show that they have a steady cash flow.

The process of receiving a merchant cash advance is a simple one. Especially here at MJ Capital! If you qualify for the advance, you typically receive the bulk payment within a few business days. You can make the payments back as soon as you make sales. Any MCA will ask for important documents like your credit card statements and your bank statements to apply for this type of program.

The duration of a MCA is typically very short-term, with the maximum average range of most MCAs going up to 18 months. MCA's are great for those who are struggling with the barriers created by most intuitions, and have proven to be a great way of creating opportunity for those who have had issues acquiring funding in the past.

## Angel Investor Funding

Angel investors are individuals that invest in new or small business ventures in the hopes of gaining a high rate of interest out of them. These investors typically have much spare cash on them and are looking for a higher rate of return than what they would get from more traditional investments.

The best way to explain angel investment is to consider it as a case when another individual makes an equity investment into your business. Equity financing is typically used by non-established businesses that do not have collateral or a sufficient cash flow that they could use to secure a loan from a financial institution. Financing is much less risky with angel investors than business failure; the financed capital does not need to be paid back.

Most angel investors view business from a long-term perspective, but the primary disadvantage of using an angel investor is the loss of complete control as a part-owner. Most angel investments commonly come from family and friends, wealthy individuals, and also through angel groups.

## Business Incubators

If your business is in its infantile stages, you can also consider incubator and accelerator programs as funding options. Incubators are slightly different from an accelerator program because an incubator is more of a nurturer. What does a business incubator do? An incubator provides the business with a shelter and the skills and tools through which the business learns professional and strategic networking.

An accelerator program is different because it pushes a business to make a run or take a giant leap ahead. These programs run anywhere from four months to 2-3 years, and through this program, you can make good connections with mentors and professionals.

## Apply For Loan

Even with all the technological and financing advancements, sometimes the most suitable mechanism for your business can be a conventional loan. Many government-supported small business loans are available with subsidies that could offer you a better APR rate than the new forms of financing.

You will need to have proper financial statements and a good individual and company credit score for a conventional loan. These measures will help you in qualifying for a good APR rate. If you have good invoices, you could also cash in on your invoices to get that money faster.

Regardless of the financial situation of your business, if you are looking for funding, you should always keep all your options open and evaluate all the different modes available for you. Small businesses already have a limited number of options available for them, so the choice between all of them does not get too complex.

In the end, it does not matter which method you choose as long as your needs are met and as long as you can get reasonable terms for your loan.

Searching how to find the right funding for your small business? One of the biggest problems business owners face is the lack of funds to support and run their operations. Things become even more difficult and complex if you are thinking about financing a startup, especially for those with poor credit. Most traditional lending methods also don't make many allowances for small business owners meaning that most of the funds are often given to big firms and organizations. Despite all that, there are still some ways through which you can receive funding. Here at MJ Capital Funding we pride ourselves in helping small and medium sized business owners obtain the capital they need to their business operations to the next level.

HOME      MERCHANT CASH ADVANCE      WHY MJ CAPITAL FUNDING      HOW TO PARTNER WITH US      BLOG



📞 **FL:** 561-779-9423          🖨 **FL:** 954-933-1677          📍 **FL:** 2754 W Atlantic Blvd. Pompano Beach, FL 33069

©2021 MJ Capital Funding. All Rights Reserved.



APPLICATION    📞 561.779.9421

# CAPITAL FUNDING
A CLIENT FOCUSED COMPANY PROVIDING QUICK SOLUTIONS

HOME    MERCHANT CASH ADVANCE    WHY MJ CAPITAL FUNDING    HOW TO PARTNER WITH US    BLOG

## What Is Capital Funding?

What is capital funding? It's money provided by both lenders and equity holders to fund a business's needs.



**Table of Contents**

1. Capital Funding Basics: Equity Financing
  1.1. What Is Capital Funding? Sometimes, It's Debt Financing
  1.2. Why Is Capital Funding Important
  1.3. How Successful Is Crowdfunding?
  1.4. Is Venture Capital A Good Option For Companies?
  1.5. Capital Funding For Your Small or Medium Business



Let's start out with the basics explained. Capital funding is money provided by both lenders and equity holders to fund a business's short-term or long-term needs. Capital funding includes stocks and bonds. The company uses this money for operating capital, and the bond and equity holders invest to earn returns in the form of interest, dividends, and stock appreciation.

Businesses require capital funding to generate more money over time. This includes company expansions, financial growth and acquisitions, and new products and services. Companies can secure capital funding in two ways: either secure funding through debt or by issuing stocks.

## Capital Funding Basics: Equity Financing

When a company finances capital through equity, it has to issue stocks or take in a partner to the company. If the company is private, it might choose to go public with its shares through an IPO offering. However, issuing shares isn't as easy as it sounds; for starters, the more shares a company issues, the more powerful shareholders become.



Powerful shareholders influence the company's decision-making skills, and with time they pass decisions that could not align with the company's initial core values. Most shareholders expect returns in terms of ROI, and capital gains and ROI is derived from company profits.

Additionally, equity financing makes companies more exposed to takeovers as competitors can gradually buy most of the company shares and get significant power over the company's operations. So while you aren't legally obligated to pay back anything to your shareholders periodically, you do lose control over certain operations and decisions.

Issuing shares also needs to be done carefully; if a company ends up issuing too many shares at once, then it will end up diluting the value of its holdings and the company's power to make internal decisions.

## What Is Capital Funding? Sometimes, It's Debt Financing

A much more complicated way to get capital funding is by opting for debt financing. When companies want to raise capital through debt, they can either secure funding from banks/ institutions or issue bonds. With bonds, shares will be reimbursed through coupon payments twice a year until the bond matures. The coupon payments are a fixed amount and permanent, so coupon holders don't have any decision-making power in the company's operations.

Some investors may also get discounts for purchasing bonds as they will be reimbursed when the bond matures. Bonds are recorded as a liability for the company, and these liabilities decrease as the debt is paid back.

In a debt capital financing system, creditors are given preference over shareholders; meaning that in the cased of company liquidation, creditors will be paid before shareholders. As a consequence, raising capital funds through debt will be more expensive than equity capital funding. The company will have to pay back its debts. It is also legally required to pay back its bondholders.

## Why Is Capital Funding Important

Capital requirements are a significant barrier to entry for many people aspiring to start or expand a business. For example, a talented makeup artist might not have enough capital to launch their makeup line despite their visible demand. The process of obtaining a business loan is complex, and so is the process of obtaining a license; money is often the limiting factor preventing a business from opening. Many business ideas are never funded, and this is not necessarily due to a lack of trying. If a business idea seems too risky or if the applicant has a poor credit record, lenders and investors won't provide funding.



Many small business owners believe that the most critical factor in success is sales, and a business might fail without sufficient sales. Even successful businesses face things like disruptions in cash flow caused by a fluctuation in sales revenue. A common mistake small business owners make is that they apply for capital funding when the need arises and not beforehand. This puts them on the spot and in an awkward and uncomfortable position because it might take some time to secure capital funding, which will impact operations and prevent the business from taking advantage of new opportunities.

Capital funding can also cater to unexpected expenses like fires or accidents that cause a significant loss. Getting insurance to cover your losses can be a long process, and most business owners are not willing to wait that long.

## How Successful Is Crowdfunding?

Crowdfunding is when the public pools in their money together to raise capital for your business. Having the right pitch and the right product is essential to get attention, and historically many companies have been able to fund their expansion through crowdfunding.

To get attention on crowdfunding platforms, you need to develop your pitch. Create it in a way that the people on Kickstarter or Indeigogo would want to know how you turned your idea into a reality. The biggest benefit of crowdfunding is that you can engage with numerous individuals and also practice and perfect your pitch the way people want to hear it.

While crowdfunding is an attractive option, very few businesses can secure funding through this route. According to recent statistics, around 70% of small business financing is secured through conventional business loans, credit cards, and lines of credit. The most popular site in the world for this is gofundme.

### Is Venture Capital A Good Option For Companies?

Venture capital funding is a relatively new option for companies. This option is extensively used by companies that cannot gain capital funding through the debt or equity method. Venture capital funding specializes in high-risk operations; these companies invest if they believe that the entrepreneur's knowledge and skill will lead to a successful ROI.

To attract venture capitalists, companies can either promise a cut in their future earnings or offer the venture capitalists shareholding in the company. Venture capitalists will then work with the company in detail and assist them through certain stages of the company's development. Venture capitalists have a say in the company's operations and the day-to-day running of the firm.

Venture capitalists are responsible for achieving a certain percentage of returns for the firm; therefore, they will work with the company personally. Most venture capitalists will only fund companies that prove that they have scalable returns and a positive cash flow. Venture capitalists also prefer companies that are slightly more mature.

### Capital Funding For Your Small or Medium Business

While there are many forms of getting funding capital out there, sometimes your options are limited. It could be your credit, history, debt. Many banks create a lot of barriers and are not willing to take the risk. What makes an MCA different is it looks beyond the surface numbers that typically scare banks away buy looking at the current operations of the business. If you're curious to learn more how MJ Capital Funding works, feel free to reach out anytime to speak to someone on the team! It may just be the solution your business is looking forward!

HOME     MERCHANT CASH ADVANCE     WHY MJ CAPITAL FUNDING     HOW TO PARTNER WITH US     BLOG



CAPITAL FUNDING
A CLIENT FOCUSED COMPANY PROVIDING QUICK SOLUTIONS

📞 PL: 561-779-9423          🖨 PL: 954-933-1677          📍 FL: 2754 W Atlantic Blvd. Pompano Beach, FL 33069

©2021 MJ Capital Funding. All Rights Reserved.