# EXHIBIT 16

## U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation #FL-04282

DECLARATION OF Fawad Walizai

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Fawad Walizai I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties I have been trained to preserve various forms of online content. For investigation #FL-04282, I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog

3. In support of investigation number FL-04282, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

   https://web.archive.org/web/20210126120037/https://www.mjcapitalfunds.com/why-mj-capital-funding/

   https://web.archive.org/web/20201205220531/http://www.mjcapitalfunds.com/merchant-cash-advance/

   https://web.archive.org/web/20201126145024/http://www.mjcapitalfunds.com/

4. I completed the above mentioned internet preservation on, July 30, 2021, using the following tools:
   Full Page Screen Capture

   The above listed tools are commonly used to preserve internet content.

5. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled FL-04282 and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

6. I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

   K:\Other_Projects\Webcaptures\

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.



[Fawad Walizai]                                     Executed on this 30th day of July 2021.

APPLICATION
📞 561-779-9423



- Home
- Merchant Cash Advance
- WHY MJ CAPITAL FUNDING
- How To Partner With Us

☰ Menu
- Home
- Merchant Cash Advance
- WHY MJ CAPITAL FUNDING
- How To Partner With Us

## Why Use Merchant Cash Advances?

It is understandable that different types of business owners may face tough times in different industries. Expenses and opportunities may arise unexpectedly where traditional financing may not be sufficient. For this reason, an alternative option to satisfy a business's financial needs may be the best option. MJ Capital Funding would love to step in and lend a hand with our Merchant Cash Advance program.

Our simplified 4 Step Process allows us to quickly support your business needs. Essentially, our goal is to help you and your business thrive during uncertain times by working with our specialists and a customizable Merchant Cash Advance program.

## Alternative vs Traditional Financing

|  | MJ Capital Funding | Bank Loans | Federal Loans |
|---|---|---|---|
| Funding Window | Within 72 Hours | 4 – 12 Weeks | 6 – 9 Months |
| Credit Requirements | Low | Very High | Very High |
| Collateral Required | No | Yes | Yes |

## Apply Now

Contact Name

Company name

Phone

Email

Comments

[Submit]



Email

Comments

[Submit]



## Benefits of Merchant Cash Advances

Our Merchant Cash Advance program is the best option for your business. No upfront fees, easy credit approval, no requirement for collateral, and we are a quick source of financing with flexible repayment programs. While traditional financing may be complicated and inefficient, we strive to provide a painless platform with an affordable and customizable program to achieve your business goals. complicated and inefficient. We strive to provide a pain-less platform with an affordable and customizable program to achieve the goals you have set for your business.

### Reach Us Today

## Our Process Requires Minimal Paperwork

Our process requires minimal paperwork

# 01

**Apply Online**

Just apply on our website to get the process started!

# 03

**Quickly Approved**

After meeting with a specialist, your financial needs may be approved in just a few hours.

# 02

**Schedule Meeting**

A specialist from our firm will contact you to schedule a meeting to discuss and assess your business needs.

**Receive Cash**

Once approved, your cash may be available in as little as 24 hours!

### Reach Us Today

## Our Process Requires Minimal Paperwork

Our process requires minimal paperwork

# 01

**Apply Online**

Just apply on our website to get the process started!

# 02

**Schedule Meeting**



APPLICATION
561-770-6423



- Home
- Merchant Cash Advance
- WHY MJ CAPITAL FUNDING
- How To Partner With Us

☰ Menu
- Home
- Merchant Cash Advance
- WHY MJ CAPITAL FUNDING
- How To Partner With Us

## Why Use Merchant Cash Advances?

It is understandable that different types of business owners may face tough times in different industries. Expenses and opportunities may arise unexpectedly where traditional financing may not be sufficient. For this reason, an alternative option to satisfy a business's financial needs may be the best option. MJ Capital Funding would love to step in and lend a hand with our Merchant Cash Advance program.

Our simplified 4 Step Process allows us to quickly support your business needs. Essentially, our goal is to help you and your business thrive during uncertain times by working with our specialists and a customizable Merchant Cash Advance program.

## Alternative vs Traditional Financing

|  | MJ Capital Funding | Bank Loans | Federal Loans |
|---|---|---|---|
| Funding Window | Within 72 Hours | 4 - 12 Weeks | 6 - 9 Months |
| Credit Requirements | Low | Very High | Very High |
| Collateral Required | No | Yes | Yes |

## Apply Now

Contact Name

Company name

Phone

Email

Comments

Submit



Email

Comments

Submit



## Benefits of Merchant Cash Advances

Our Merchant Cash Advance program is the best option for your business. No upfront fees, easy credit approval, no requirement for collateral, and we are a quick source of financing with flexible repayment programs. While traditional financing may be complicated and inefficient, we strive to provide a painless platform with an affordable and customizable program to achieve your business goals. complicated and inefficient. We strive to provide a pain-less platform with an affordable and customizable program to achieve the goals you have set for your business.

## Reach Us Today

### Our Process Requires Minimal Paperwork

Our process requires minimal paperwork

## 01
**Apply Online**
Just apply on our website to get the process started!

## 03
**Quickly Approved**
After meeting with a specialist, your financial needs may be approved in just a few hours.



## 02
**Schedule Meeting**
A specialist from our firm will contact you to schedule a meeting to discuss and assess your business needs.

**Receive Cash**
Once approved, your cash may be available in as little as 24 hours!

## Reach Us Today

### Our Process Requires Minimal Paperwork

Our process requires minimal paperwork

## 01
**Apply Online**
Just apply on our website to get the process started!

## 02
**Schedule Meeting**