# EXHIBIT 17

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation #FL-04282

DECLARATION OF Fawad Walizai

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Fawad Walizai I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. **Securities and Exchange Commission's Division of Enforcement** in Washington, D.C. As part of my duties I have been trained to preserve various forms of online content. For investigation #FL-04282. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog

3. In support of investigation number FL-04282, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

   https://web.archive.org/web/20210126120037/https://www.mjcapitalfunds.com/why-mj-capital-funding/

   https://web.archive.org/web/20201205220531/http://www.mjcapitalfunds.com/merchant-cash-advance/

   https://web.archive.org/web/20201126145024/http://www.mjcapitalfunds.com/

4. I completed the above mentioned internet preservation on, July 30, 2021, using the following tools:
   Full Page Screen Capture

   The above listed tools are commonly used to preserve internet content.

5. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled FL-04282 and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

6. I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

   K:\Other_Projects\Webcaptures\

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.



[Fawad Walizai]　　　　　　　　　　　　　　　　Executed on this 30th day of July 2021.





## Why MJ Capital Funding ?

We understand obtaining a merchant cash advance may be a first for many business owners. We pride ourselves in providing excellent and fast customer service so that you can sit back with peace of mind! Furthermore, through our pipeline of investors, you can expect cash of up to $200,000 to fulfill the needs of your business.

Our goal is to be the best partner possible and to aid you in your journey in developing the business of your dreams

Merchant Cash Advance
# What We Offer

Follows a process that requires minimal paperwork with the ability to receive funds immediately!

**Good or Bad Credit**
MJ Capital Funding can help with credit scores of various ranges.

**Fast Approval**
We'll move quickly to get your funds to you ASAP, possibly as quick as 24 hours!



**No Collateral**
You won't be asked for any collateral in order to receive your funding.



**No Personal Guarantees**
We don't ask for personal guarantees or collateral on business loans.



**No Upfront Fees**
You won't need to pay any fees or costs up front to get started on most programs.



**No Hidden Charges**
Any charges associated with the cash advance are made very clear early on, so there are no surprises.



**Customizable MCA Programs**
We have a variety of merchant cash advance programs to



**Flexible Repayment Schedules**
Every business is unique, and we'll work with your cashflow to



**Up to $200,000**
Secure up to $200,000 quickly, with no personal guarantee, for your business.

choose from, and will help determine the right solution for you.

set a comfortable repayment plan.

**Direct Assistance**

Our specialists are easy to talk to and work with - we'll help you through every step of the process, and are here for any questions.



## Apply Now

Contact Name

Company name

Phone

Email

Comments

Submit

---

Click here to return to MJ Taxes & More

HOME    MERCHANT CASH ADVANCE    WHY MJ CAPITAL FUNDING    HOW TO PARTNER WITH US

**(M) CAPITAL FUNDING**
A CLIENT FOCUSED COMPANY PROVIDING QUICK SOLUTIONS

📞 FL: 561-779-9423          📠 FL: 954-933-1677          📍 FL: 2754 W. Atlantic Blvd. Pompano Beach, FL 33069

© 2021 MJ Capital Funding. All rights reserved.



HOME   MERCHANT CASH ADVANCE   WHY MJ CAPITAL FUNDING
HOW TO PARTNER WITH US



### Why MJ Capital Funding ?

We understand obtaining a merchant cash advance may be a first for many business owners. We pride ourselves in providing excellent and fast customer service so that you can sit back with peace of mind. Furthermore, through our pipeline of investors, you can expect cash of up to $200,000 to fulfil the needs of your business.

Our goal is to be the best partner possible and to aid you in your journey in developing the business of your dreams.

## Merchant Cash Advance
# What We Offer

Follows a process that requires minimal paperwork with the ability to receive funds immediately!

  

**Good or Bad Credit**
We accept businesses with credit scores of various ranges.

**Fast Approval**
We'll move quickly to get your funds to you ASAP, possibly as quick as 24 hours.

**No Collateral**
You won't be asked for any collateral in order to receive your funding.

  

**No Personal Guarantees**
We don't ask for personal guarantees or collateral on business loans.

**No Upfront Fees**
You won't need to pay any fees or costs up front to get started on most programs.

**No Hidden Charges**
Any charges associated with the cash advance are made very clear early on, so there are no surprises.

**Customizable MCA Programs**
We have a variety of merchant cash advance programs to choose from, and will help determine the right solution for you.

**Flexible Repayment Schedules**
Every business is unique, and we'll work with your cashflow to set a comfortable repayment plan.

**Up to $200,000**
Secure up to $200,000 quickly, with no personal guarantee, for your business.



**Direct Assistance**
Our specialists are easy to talk to and work with - we'll help you through every step of the process, and are here for any questions.

## Apply Now

First Name

Company name

Phone

E-mail

Comment

Submit

Click here to return to MJ Taxes & More

HOME   MERCHANT CASH ADVANCE   WHY MJ CAPITAL FUNDING   HOW TO PARTNER WITH US

CAPITAL FUNDING

📞 FL: 561-779-9423     📠 FL: 954-933-1077     📍 FL: 2754 W. Atlantic Blvd, Pompano Beach, FL 33069