# EXHIBIT 19

```
                                                              1
 1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3   In the Matter of:            )
                                  )   File No. FL-04282-A
 4
 5   MJ CAPITAL FUNDING LLC       )

 6

 7   SUBJECT:  www.mjcapitalfunds.com_.wav

 8   PAGES:    1 through 4

 9
...
15                     AUDIO TRANSCRIPTION
...
24              Diversified Reporting Services, Inc.
25                        (202) 467-9200
```

[5/6/2021]  327137.20210427.MBO-21

```
                                                              2
 1                    P R O C E E D I N G S
 2   www.mjcapitalfunds.com_.wav
 3             MALE VOICE:  Let me tell you the story of PFR,
 4   a purchase agreement that produces positive returns on
 5   the future revenues of small and mid-sized businesses.
 6             It all started with John.
 7             One day, John was looking for an opportunity
 8   to create wealth.  He looked at the stock market, real
 9   estate, mutual funds and realized they were not the
10   right fit for him.
11             Meanwhile, not too far from John was Pablo the
12   Plumber.  And his company was just awarded a $150,000
13   contract.  Pablo's only problem was he needed $50,000 in
14   upfront working capital to complete the job and get
15   paid.  Pablo has excellent credit but was still denied a
16   loan at his bank.  What can Pablo do?
17             That was the moment PFR was born.  John, meet
18   Pablo.  Pablo, meet John.
19             John realizes he can purchase a portion of
20   Pablo's $150,000 contract in the form of $50,000 in
21   future receivables so that when Pablo gets paid, John
22   receives the principal of his money back, plus monthly
23   profits.
24             Pablo takes the deal. John's happy.  Pablo's
25   happy.
```

```
                                                                    3
 1              You're happy because you're going to start
 2    purchasing PFRs today.
 3              MJ Capital.  Purchase future receivables.
 4    Start creating wealth today.
 5              (End of audio.)
 6                        *  *  *  *  *
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                TRANSCRIBER'S CERTIFICATE
 2
 3   I, Andrea Johnson, hereby certify that the
 4   foregoing transcript consisting of 3 pages is a
 5   complete, true and accurate transcription of all matters
 6   contained in the recorded proceedings of the provided
 7   file indicated:
 8   www.mjcapitalfunds.com_.wav
 9   in the matter of:
10   MJ CAPITAL FUNDING, LLC.
11   [signature: Andrea Joh]
12
13   _____        5-6-2021
14   Transcriber
15
16
17
18
19
20
21
22
23
24
25
```