# EXHIBIT 21

## U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation #FL-04282

DECLARATION OF Fawad Walizai

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Fawad Walizai I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. **Securities and Exchange Commission's Division of Enforcement** in Washington, D.C. As part of my duties I have been trained to preserve various forms of online content. For investigation #FL-04282, I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog

3. In support of investigation number FL-04282, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.
   www.mjcapitalfunds.com
   https://www.instagram.com/p/CLwgqCyhtGV/

4. I completed the above mentioned internet preservation on, August 4, 2021, using the following tools:
   Full Page Screen Capture and Web Preserver Evidence

   The above listed tools are commonly used to preserve internet content.

5. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled FL-04282 and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

6. I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

   K:\Other_Projects\Webcaptures\

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

[Fawad Walizai]                                    Executed on this 4th day of August 2021.


