UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61644-CIV-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

MJ CAPITAL FUNDING, LLC,
MJ TAXES AND MORE, INC., and
JOHANNA M. GARCIA,

     Defendants.

_____/

## ORDER SETTING ZOOM HEARING AND INSTRUCTIONS

**THIS CAUSE** is before the Court on Plaintiff's Emergency *Ex Parte* Motion for

Temporary Restraining Order and Other Relief and Supporting Memorandum of Law (DE

[5]) for Defendants to show cause, if any, why a Preliminary Injunction pursuant to Rule

65 of the Federal Rules of Civil Procedure should not be granted against Defendants, as

requested by the Commission.  Having considered the record and being otherwise fully

advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that a hearing is scheduled on **Wednesday,**

**September 8, 2021, at 1:30 p.m.**  The hearing will be conducted via ZOOM Video

Conference.  Parties, participants, members of the public or press may attend virtually by

clicking the link below to join the webinar:

**https://www.zoomgov.com/j/1601394620?pwd=aHJ0dW1aR00xaCtMU3o0NTVrc1d**

**Pdz09**

**IT IS FURTHER ORDERED AND ADJUDGED** as follows:

1. Parties to this case shall include their full name and appearance as the "Screen Name" on ZOOM Video Conference.  The Court will send the parties further instructions.

2. Participants should dress in appropriate court attire and appear in front of an appropriate professional background.

3. All persons are hereby reminded that under Local Rule 77.1, United States District Court, Southern District of Florida, "all forms of equipment or means of photographing, audio- or video- recording, broadcasting or televising within the environs of any place of holding court in the District, including courtrooms, chambers, adjacent rooms, hallways, doorways, stairways, elevators or offices of supporting personnel, whether the Court is in session or at recess, is prohibited . . . ." *See* S.D. Fla. L.R. 77.1.

4. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

5. Members of the public or press shall remain on mute with their cameras off at all times throughout the hearing.  Any interference with Court proceedings will result in immediate removal.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of August 2021.

_____

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF

2