# EXHIBIT A



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17,2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
|  |  | FRONT RECEPTION AREA |  |
| 1 | 2 | Armchairs White leather chrome frame |  |
| 2 | 1 | Love Seat grey leather chrome legs |  |
| 3 | 3 | Vases White and black |  |
| 4 | 1 | Stand Glass and chrome |  |
| 5 | 1 | Area Rug 8'x10' approx multi-color |  |
|  |  | OFFICE 1 |  |
| 6 | 1 | Desk Grey mica |  |
| 7 | 1 | Armchair on wheels grey and chrome |  |
| 8 | 1 | Desk Lamp |  |
| 9 | 2 | Side Chairs white and chrome |  |
| 10 | 1 | Plant |  |
| 11 | 1 | Printer HP MFP 428 FDN on stand Imagenet # FMEUP |  |
|  |  | OFFICE 2 |  |
| 12 | 1 | Table Desk white mica |  |
| 13 | 1 | Armchair on wheels grey and chrome |  |
| 14 | 2 | Side Chairs white and chrome |  |
| 15 | 1 | Table Lamp |  |
| 16 | 1 | File Cabinet 2 drawer white |  |
| 17 | 1 | Printer HP MFP 428 FDN on stand Imagenet # 11WY1 |  |
|  |  | OFFICE 3 |  |
| 18 | 1 | Table Desk white mica |  |
| 19 | 1 | Armchair on wheels grey and chrome |  |
| 20 | 2 | Side Chairs white and chrome |  |
| 21 | 1 | Table Lamp |  |
| 22 | 1 | File Cabinet 2 drawer white |  |
| 22 | 1 | Printer HP MFP 428 FDN on stand Imagenet NA |  |
|  |  | OFFICE 4 |  |
| 23 | 1 | Table Desk white mica |  |
| 24 | 1 | Armchair on wheels grey and chrome |  |
| 25 | 2 | Side Chairs white and chrome |  |
| 26 | 1 | Table Lamp |  |
| 27 | 1 | File Cabinet 2 drawer white |  |
| 28 | 1 | Printer HP MFP 428 FDN on stand Imagenet # M2PPW |  |
|  |  | OFFICE 5 |  |
| 29 | 1 | Table Desk white mica |  |
| 30 | 1 | Armchair on wheels grey and chrome |  |



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17, 2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | OFFICE 5 (CONT) | |
| 31 | 2 | Side Chairs white and chrome | |
| 32 | 1 | Table Lamp | |
| 33 | 1 | File Cabinet 2 drawer white | |
| 34 | 1 | Printer HP MFP 428 FDN on stand Imagenet NA | |
| | | REAR LOUNGE | |
| 35 | 4 | Armchairs Red fabric soiled | |
| 36 | 2 | Vases Red | |
| 37 | 1 | Television 50" Samsung | |
| 38 | 3 | Prints | |
| 39 | 1 | Area Rug 4'x16' approx grey | |
| | | CONFERENCE ROOM | |
| 40 | 1 | Table Glass top grey steel base | |
| 41 | 9 | Armchairs on wheels | |
| 42 | 1 | Club Chair white leather chrome frame | |
| 43 | 1 | Area Rug grey shag 8'x10' approx | |
| 44 | 1 | Vase Red 3' tall | |
| 45 | 1 | Drop Safe Honeywell damaged | |
| 46 | 1 | White Board 4'x8' approx | |
| 47 | 1 | Stand Metal | |
| 48 | 2 | Plants Artificial | |
| 49 | 1 | Television 60" LG on wall | |
| 50 | 1 | Lot Décor small items balance of room estimate | |
| | | BACK ROOM | |
| 51 | 3 | Section White shelving | |
| 52 | 1 | Lot Office supplies, water, paper, janitorial supplies etc contents of room estimate | |
| 53 | 11 | Polycom Telephones thruout space | |
| 54 | 3 | Monitors Assorted poor condition | |
| 55 | 1 | File Cabinet white small damaged | |
| 56 | 1 | Time Clock Amano TCX-85 | |
| 57 | 2 | Retevis Walkie Talkies | |
| 58 | 1 | Refrigerator 2 door Premium Levella | |
| 59 | 1 | Microwave Hamilton Beach | |
| 60 | 1 | Dump Box for paper | |
| 61 | 1 | Printer Cory Machine HP pagewide color MFP E72650 Imaginet | |

Page 2



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17,2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
|  |  | **BACK ROOM (CONT)** |  |
| 61 | 1 | Consulting TKXA5 |  |
| 62 | 1 | Panel with 12 electronic units on wall by Altronix estimate | ) |
| 63 | 1 | Waste Can | ) |
| 64 | 1 | Money Counted new in box Cassida 5520UVMG | ) |
| 65 | 1 | Table White | ) |
| 66 | 1 | Armchair White and chrome | ) |
| 67 | 1 | Area Rug in package | ) |
| 68 | 5 | Keyboards | ) |
|  |  | **HALL** |  |
| 69 | 1 | Hall Table mica and chrome | ) |
| 70 | 1 | Lot Bric-A-Brac etc | ) |
|  |  | **BACK OFFICE** |  |
| 71 | 1 | L-Desk glass top with cabinet | ) |
| 72 | 1 | High Back chair grey and chrome on wheels | ) |
| 73 | 1 | Printer HP Pagewide MFP P57750DW Imaginet # A5TH8 | ) |
| 74 | 2 | Side Armchairs grey and chrome | ) |
| 75 | 1 | Geode Mneral | ) |
| 76 | 1 | Table Lamp | ) |
| 77 | 1 | Print on wall 3'x5' | ) |
| 78 | 1 | Cabinet 3 door white metal 4'x5' | ) |
| 79 | 1 | Sentry Safe  box open | ) |
| 80 | 1 | Area Rug grey 4'x8' approx | ) |
| 81 | 2 | Tote Bins plastic with contents | ) |
| 82 | 1 | Lot Bric-A-Brac décor office items balance of room estimate | ) |
|  |  | **OFFICE** |  |
| 83 | 1 | Table Desk white | ) |
| 84 | 1 | Armchair Grey and chrome | ) |
| 85 | 2 | Side Armchairs grey and chrome | ) |
| 86 | 1 | Paper Shredder Nuova | ) |
| 87 | 1 | Keyboard |  |
| 88 | 1 | Printer HP Pagewide MFP P57750DW |  |
| 89 | 1 | File Cabinet small white |  |
| 90 | 1 | Storage Cabinet 2 door white mica |  |
| 91 | 1 | Area Rug 4'x8' approx |  |



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17, 2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
|  |  | OFFICE |  |
| 92 | 1 | Table Desk white |  |
| 93 | 1 | Armchair Grey and chrome |  |
| 94 | 2 | Side Armchairs grey and chrome |  |
| 95 | 1 | Storage Cabinet white |  |
| 96 | 1 | File Cabinet small white |  |
| 97 | 1 | Printer HP Laserjet Pro M425 FDW Imaginet # A8T5A |  |
| 98 | 1 | Area Rug 4'x6' grey approx |  |
| 99 | 1 | Keyboard |  |
| 100 | 2 | Boxes with shirts "Capital FUNDING" |  |
| 101 | 1 | Vase Black |  |
|  |  | FRONT RECEPTION |  |
| 102 | 2 | Reception Containers grey mica |  |
| 103 | 2 | Armchairs White and chrome on wheels |  |
| 104 | 1 | Cabinet 2 door glass |  |
| 105 | 1 | Printer HP57750 DW Imagenet # MR 256 |  |
| 106 | 1 | Fan Honeywell |  |
| 107 | 1 | Printer KT887 Imagenet # MY28 FDW |  |
| 108 | 1 | Credenza White 3 door 6ft glass top |  |
| 109 | 1 | Air Purifier Vellako |  |
| 110 | 1 | Coffee Maker Keurig |  |
| 111 | 1 | Television 50" Samsung |  |
| 112 | 2 | Club Chairs grey leather |  |
| 113 | 1 | Sofa White leather |  |
| 114 | 1 | Stand Glass and chrome |  |
| 115 | 1 | Area Rug grey 4'x6' approx |  |
| 116 | 4 | Plants Assorted |  |
| 117 | 1 | Cooler Glass door Haier on stand |  |
|  |  | CONFERENCE ROOM |  |
| 118 | 1 | Conference Table 8 ft glass top metal base |  |
| 109 | 8 | Chairs Red chrome base on wheels |  |
| 120 | 1 | Area Rug 8'x12' |  |
| 121 | 1 | Television 72" Samsung approx |  |
| 122 | 1 | White Board 7'x3' approx |  |
| 123 | 1 | Waste Can |  |



# PERSONAL PROPERTY APPRAISAL

**MJ CAPITAL FUNDING LLC**
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17, 2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | **CONFERENCE ROOM (CONT)** | |
| 124 | 1 | Bin Full paper | |
| 125 | 1 | Money Counter Tacklife | |
| 126 | 1 | Polycom Trio 8500 | |
| 127 | 1 | Lot Office supplies etc | |
| | | **LOUNGE** | |
| 128 | 2 | Club Chairs grey cloth | |
| 129 | 1 | Side Chairs white | |
| 130 | 1 | Television 42" Samsung | |
| 131 | 1 | Plant | |
| 132 | 1 | Painting "World" | |
| | | **BACK ROOM** | |
| 133 | 1 | Table Desk white | |
| 134 | 1 | Side Chair white | |
| 135 | 1 | Armchair Grey | |
| 136 | 1 | Safe Box Honeywell with key | |
| 137 | 1 | Money Counter Tacklife | |
| 138 | 1 | Printer HPM428RDN Imagenet # A3AKC | |
| 139 | 1 | Bin Mica | |
| 40 | 1 | Plant | |
| 141 | 3 | Wall Art | |
| 142 | 1 | Cabinet 2 door glass | |
| | | **2ND FLOOR / SUITE 243** | |
| 143 | 2 | Tables 8 ft glass top metal base | |
| 44 | 14 | Chairs Grey Web Back on wheels | |
| 145 | 1 | White Board damaged | |
| 146 | 1 | Label Machine Bixolon | |
| 147 | 1 | Machine Aobio printer | |
| 148 | 1 | Xfinity Speaker XFSETUP-F081 | |
| 149 | 1 | Money Counter Deteck | |
| 150 | 1 | Shredder Insignia | |
| 151 | 1 | Desk L grey mica | |
| 152 | 1 | Waste Can | |
| 153 | 1 | Printer HP MFP477DW new in box | |
| 154 | 1 | Printer HP MFP477DW used | |

Page 5



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17,2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | **2ND FLOOR / SUITE 243 (CONT)** | |
| 155 | 2 | Love Seats white leather | |
| 156 | 1 | Television 84" LG on wall | |
| 157 | 1 | Lateral File 2 drawer grey mica | |
| 158 | 2 | Love Seats white leather | |
| 159 | 1 | Floor Lamp 5 head stainless steel modern | |
| 160 | 1 | Lot Janitorial supplies etc | |
| | | **SIDE ROOM** | |
| 161 | 1 | Table Glass top metal base 6 ft | |
| 162 | 1 | Table White 4 ft | |
| 163 | 1 | Television 48" LG | |
| 64 | 11 | Bottles Assorted liquors etc estimate | |
| 165 | 1 | Shredder Fellowes 92LS | |
| 166 | 1 | Air Conditioner portable GE | |
| 167 | 1 | Lateral File cabinet grey 3 drawer | |
| 168 | 1 | Cabinet 4 glass doors wall mounted | |
| 169 | 1 | Lateral File cabinet grey 2 drawers mica | |
| 170 | 1 | Printer HP477DW | |
| 171 | 1 | Terrarium with turtles removed | |
| 172 | 1 | Cooler Small | |
| 173 | 1 | Microwave Red | |
| 174 | 1 | Watter Cooler hot and cold | |
| 175 | 1 | Wall Art 3 pcs 2'x2' "Mountain" | |
| 176 | 1 | Folding Table 5 ft | |
| 177 | 1 | Coffee Table white mica metal base | |
| 178 | 1 | Lot Small items décor balance of room estimate | |
| | | **SUITE 251** | |
| 179 | 1 | L Desk white mica | |
| 180 | 1 | Armchair Black and chrome on wheels | |
| 181 | 2 | Side Armchairs black and grey | |
| 182 | 1 | Love Seat white | |
| 183 | 1 | Lateral File cabinet 2 drawer mica | |
| 184 | 1 | Money Counter Deteck | |
| 185 | 1 | Refrigerator Black small | |
| 186 | 1 | Television 60" Samsung | |



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17,2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | SUITE 251 (CONT) | |
| 187 | 1 | Waste Can white | |
| 188 | 1 | Lot Small items balance of room estimate | |
| 189 | 1 | Sectional Sofa grey fabric | |
| 190 | 1 | Coffee Table glass and chrome | |
| 191 | 1 | Area Rug shag 5'x8' approx | |
| 192 | 1 | Refrigerator 1 door Hisense | |
| 193 | 1 | Money Counter ANR/CCI | |
| 194 | 1 | Artwork 3 pcs "Ballons" | |
| 195 | 1 | Table Glass top 8 ft metal base | |
| 196 | 7 | Armchairs on wheels grey fabric | |
| 197 | 1 | Football Game table kick | |
| 198 | 1 | Painting Heart of Mine Universe signed 43"x58" | |
| 199 | 1 | Water Cooler bottle | |
| 200 | 1 | Fan Tower Lasko | |
| 201 | 1 | Sound Bar Sonos with speakers | |
| | | SUITE 237 | |
| 202 | 2 | Desks Glass top metal legs | |
| 203 | 1 | High Back chair | |
| 204 | 1 | File Cabinet 4 drawer black | |
| 205 | 1 | Money Counter Umia | |
| 206 | 1 | Keyboard | |
| 207 | 1 | Epson XP430 Printer | |
| 208 | 1 | Coffee Maker Keurig 1 cup | |
| | | SUITE 275 | |
| 209 | 1 | Desk 60" double pedestal grey mica | |
| 210 | 2 | High Back chair grey chrome base on wheels | |
| 211 | 2 | Arm Side chairs (matching) | |
| 212 | 1 | Lateral File cabinet 2 drawer grey mica | |
| 213 | 1 | Printer Color Laserjet HP 477F | |
| 214 | 1 | Printer Epson RR-600W | |
| 215 | 1 | Love Seat with side table poor | |
| 216 | 1 | Cooler Newair glass door | |
| 217 | 1 | Fan Tower Oventie | |
| 218 | 2 | Prints Small | |



# PERSONAL PROPERTY APPRAISAL

**MJ CAPITAL FUNDING LLC**
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17, 2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | **SUITE 275 (CONT)** | |
| 219 | 1 | Plants | |
| 220 | 1 | Television Philips 60" | |
| 221 | 1 | Plastic Lion head planter | |
| 222 | 1 | Shredder Royal 1510MX | |
| 223 | 1 | Lot Small items office supplies etc estimate | |
| | | **SUITE 272** | |
| 224 | 1 | Reception Desk mica | |
| 225 | 1 | Armchair on wheels black | |
| 226 | 1 | Love Seat grey | |
| 227 | 1 | Armchair White and chrome | |
| 228 | 1 | Area Rug 4'x6' black and grey | |
| 229 | 1 | Cabinet 2 door glass top grey doors | |
| 230 | 1 | Printer HP Laserjey Pro 9025 | |
| 231 | 1 | Plant | |
| 232 | 1 | Television LG 48" | |
| 233 | 1 | Lot Small items etc | |
| | | **BACK OFFICE** | |
| 234 | 1 | L-Desk grey mica | |
| 235 | 1 | Side Chair white | |
| 236 | 1 | Armchair on wheels black and chrome | |
| 237 | 1 | Lateral File cabinet 3 drawer grey metal | |
| 238 | 1 | Photo "London" | |
| 239 | 2 | Money Counter Tacklife | |
| 240 | 1 | Print on wall | |
| | | **CONFERENCE ROOM** | |
| 241 | 1 | Table Glass top metal base | |
| 242 | 8 | Chairs Grey | |
| 243 | 1 | Television 60" Samsung | |
| 244 | 1 | Shredder Pro-Gear | |
| 245 | 1 | Cooler 1 door glass Haier 30" | |
| 246 | 1 | Water Cooler Prime hot and cold | |
| 247 | 1 | Stand Mica white | |
| 248 | 1 | Area Rug 8'x10' black and grey | |
| 249 | 1 | White Board 4'x5' | |



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17, 2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | **CONFERENCE ROOM (CONT)** | |
| 250 | 1 | Print "Monopoly" 3'x5' | |
| | | **OFFICE** | |
| 251 | 1 | L-Desk grey mica | |
| 252 | 1 | Armchair on wheels grey | |
| 253 | 2 | Side Chairs white | |
| 254 | 1 | Printer HP MFD 477DW on stand | |
| 255 | 1 | Money Counter Casida 6600UV | |
| 256 | 1 | File Cabinet black 3 drawer | |
| 257 | 1 | P Touch Cube plus | |
| 258 | 1 | Print "Bull" | |
| | | **SIDE CLOSET** | |
| 259 | 2 | File Cabinets 4 drawer black letter size | |
| | | **MAIN ROOM** | |
| 260 | 2 | Love Seats grey | |
| 261 | 1 | Coffee Table glass top | |
| 262 | 1 | Coffee Table oval glass | |
| 263 | 1 | Area Rug 8'x10' grey | |
| 264 | 1 | Print "Success" | |
| 265 | 1 | Print "American Success" | |
| 266 | 1 | Reception Desk grey mica | |
| 267 | 1 | Armchair on wheels black | |
| 268 | 1 | Printer HP Office Jet 3830 | |
| 269 | 1 | Water Cooler bottle H&C | |
| 270 | 1 | Aquarium on stand (no fish) | |
| 271 | 1 | Print "Find Balance" | |
| 272 | 1 | Print "Donald Duck and Money" 5'x2' | |
| 273 | 1 | Lot Coffee candy soda etc estimate | |
| 274 | 1 | Television 50" Samsung | |
| 275 | 5 | Vase Assorted | |
| | | **SIDE OFFICE** | |
| 276 | 1 | L-Desk grey mica | |
| 277 | 1 | High Back chair on wheels black and chrome | |
| 278 | 2 | Armchairs Black chrome | |
| 279 | 1 | Television 50" Samsung | |

Page 9



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17,2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | SIDE OFFICE (CONT) | |
| 280 | 1 | Money Counter Tacklife | |
| 281 | 1 | Printer HP 915 | |
| 282 | 2 | Crystals | |
| 283 | 1 | Pen in box Gemstone | |
| 284 | 1 | Print "Seascape" | |
| 285 | 1 | Calculator Canon | |
| | | OFFICE | |
| 286 | 1 | L-Desk Grey mica | |
| 287 | 1 | High Back chair black and chrome on wheels | |
| 288 | 2 | Armchairs black and chrome | |
| 289 | 1 | Cooler Small on stand Aneken | |
| 290 | 1 | Money Counter Sovereing | |
| 291 | 1 | Printer HP 8035E | |
| 292 | 1 | Shredder Basic | |
| 293 | 1 | Coffee Maker | |
| 294 | 1 | Stand with plant | |
| 295 | 1 | Television 50" Samsung | |
| 296 | 5 | Prints on wall assorted | |
| 297 | 1 | Lot Small items décor balance of room estimate | |
| | | OFFICE | |
| 298 | 1 | L-Desk with side cabinets grey mica glass top | |
| 299 | 1 | Printer Epson ES-580W | |
| 300 | 1 | Printer HP MP4779 FDW | |
| 301 | 1 | Armchair grey and chrome on wheels | |
| 302 | 1 | Monitor Curved 30" Samsung with keyboard | |
| 303 | 2 | Armchair Side grey and chrome | |
| 304 | 1 | File Cabinet 4 door black | |
| 305 | 1 | Credenza Glass top 4 door | |
| 306 | 1 | Money Counter Cassida | |
| 307 | 1 | Television 72" Samsung | |
| 308 | 1 | Shredder Pen Gen | |
| 309 | 1 | Cooler on stand Artic King | |
| 310 | 1 | Fan Tower Honeywell | |
| 311 | 1 | Lot Small items etc balance of room estimate | |



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17,2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | OFFICE | |
| 312 | 1 | L-Desk grey mica | |
| 313 | 1 | High Back armchair black | |
| 314 | 2 | Armchairs black and chrome | |
| 315 | 1 | Bench Black | |
| 36 | 1 | Television 60" Samsung | |
| 317 | 1 | Shredder Pen Gen | |
| 318 | 1 | Plant | |
| 319 | 3 | Baseballs on stand | |
| 320 | 1 | Lot Bric-A-Brac balance of room estimate | |
| | | OFFICE | |
| 321 | 1 | L-Desk grey mica | |
| 322 | 1 | Desk 60" grey mica | |
| 323 | 1 | Desk 48" grey mica | |
| 324 | 1 | Credenza Grey mica | |
| 325 | 15 | Model Autos assorted | |
| 326 | 1 | Decanter Machine gun on stand | |
| 327 | 2 | Animal Figurines multi color | |
| 328 | 1 | Television 60" Samsung | |
| 329 | 1 | Love Seat black | |
| 33 | 1 | Area rug grey | |
| 331 | 8 | Armchair Grey and chrome on wheels | |
| 332 | 2 | Armchair Black and chrome on wheels | |
| 333 | 2 | Lateral File cabinets 2 drawer damaged | |
| 334 | 1 | Money Counter Pro Minico | |
| 335 | 1 | Shredder Sentinel | |
| 336 | 1 | Printer HP 9015 | |
| 337 | 1 | Cooler 30" glass door Emerson | |
| 338 | 1 | Print "Lion Head" | |
| 339 | 2 | Crystals | |
| 340 | 1 | Lot Small items balance of room estimate | |
| | | SUITE 212 | |
| 341 | 1 | Love Seat grey | |
| 342 | 2 | Club Chairs (matching) | |
| 343 | 1 | Coffee Table grey mica 30" | |
| 344 | 1 | Area Rug grey 4x8 | |



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17,2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | **SUIT 212 (CONT)** | |
| 345 | 2 | Vases | |
| 346 | 1 | Waste Can | |
| | | **MAIN OFFICE** | |
| 347 | 2 | Desks Mica | |
| 348 | 3 | Chairs Orange fabric base grey | |
| 349 | 2 | Armchairs Black | |
| 350 | 2 | File Cabinets 4 drawer black | |
| 351 | 9 | File Cabinets 2 drawer black | |
| 352 | 1 | Cooler Haier 1 glass door 30" | |
| 353 | 1 | Printer HP M4554 DW | |
| 354 | 1 | Printer HP 477 DW | |
| 355 | 1 | Waste Can | |
| 356 | 1 | Plant with lamp | |
| | | **EXECUTIVE OFFICE** | |
| 357 | 1 | Desk Grey mica large | |
| 358 | 1 | Armchair Black on wheel | |
| 359 | 2 | Arm Side chairs orange | |
| 360 | 1 | Sofa Grey leather | |
| 361 | 1 | Credenza Grey mic 6 ft | |
| 362 | 1 | Postage Machine Neopost In-900 | |
| 363 | 1 | Printer HP 477 DW | |
| 364 | 1 | Waste Can stainless steel | |
| 365 | 1 | Fan Tower Honeywell | |
| 366 | 1 | Bucket Chair orange leather | |
| 367 | 1 | Coffee Table mica 36" | |
| 368 | 1 | Area Rug 5'x8' black and grey | |
| 369 | 1 | Television 86" LG Nanocell | |
| 370 | 1 | Painting 5'x4' modern | |
| 371 | 1 | Small Fan | |
| 372 | 1 | Lot Balance of room small items estimate | |
| | | **DGM TRAVEL OFFICE** | |
| 373 | 1 | Sectional Sofa black leather | |
| 374 | 1 | Club Chair black leather | |
| 375 | 1 | Area Rug grey 4x6 | |



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17,2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | **DGM TRAVEL OFFICE (CONT)** | |
| 376 | 1 | Waste Can | |
| 377 | 1 | Reception Desk grey mica | |
| 378 | 1 | Lateral File cabinet 2 drawer mica | |
| 379 | 1 | Printer HP | |
| 38 | 2 | Armchair Black and chrome on wheels | |
| 381 | 1 | Printer HP 477 DW | |
| 382 | 2 | Club Chairs black leather | |
| 383 | 2 | Side Tables mica | |
| 384 | 1 | Microwave Small black | |
| | | **OFFICE** | |
| 385 | 1 | L-Desk mica | |
| 386 | 2 | Armchairs Mica | |
| 387 | 1 | High Back armchair on wheels black | |
| 388 | 1 | Sofa Grey fabric | |
| 389 | 1 | Rug Rulled up brown | |
| 390 | 1 | Money Couner KS | |
| 391 | 1 | Monitor 49" curved with keyboard Samsung | |
| 392 | 1 | Cabinet 2 door on legs brown | |
| 393 | 1 | Television 50" Samsung | |
| 394 | 1 | Sofa Black leather | |
| 395 | 1 | White Board | |
| | | **SUITE 243** | |
| 396 | 1 | L-Desk grey mica damaged | |
| 397 | 1 | High Back armchair on wheels black | |
| 398 | 3 | Side Armchairs black chrome base | |
| 399 | 1 | Cooler 1 door small Frigidaire (new) | |
| 400 | 1 | Television 50" Samsung with Bose speaker | |
| 401 | 1 | Printer HP Pro 9015 | |
| | | **OFFICE** | |
| 402 | 3 | File Cabinets 4 drawer black | |
| 403 | 1 | Sofa Grey | |
| 404 | 1 | L-Desk with cabinet grey mica | |
| 405 | 1 | High Back armchair on wheels black | |
| 406 | 2 | Armchairs Black and chrome | |



# PERSONAL PROPERTY APPRAISAL

MJ CAPITAL FUNDING LLC
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17,2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | **OFFICE ( CONT)** | |
| 407 | 1 | Money Counter Tacklife | |
| 408 | 1 | Printer HP 9015 | |
| 409 | 1 | Monitor 48" curved Samsung | |
| 410 | 1 | Cabinet 4 door glass and mica | |
| 411 | 1 | Television LG Manocell 60" | |
| 412 | 1 | Painting 5'x2' | |
| 413 | 1 | Dream Machine Unifi | |
| | | **SUITE 208 / OFFICE** | |
| 414 | 1 | Monitor LG | |
| 415 | 1 | Desk /Table mica | |
| 416 | 1 | High Back armchair on wheels black | |
| 417 | 1 | Armchair Grey | |
| 418 | 12 | Polycom Telephones | |
| 419 | 1 | L-Desk grey mica | |
| 420 | 2 | Armchairs Grey | |
| 421 | 1 | High Back chair on wheels black | |
| 422 | 2 | Monitors on stand LG | |
| 423 | 1 | Print in box | |
| 424 | 1 | Refrigerator 1 door Premium Levella | |
| 425 | 1 | Massage Chair black Cozzio electric with Sonos Speakers | |
| 426 | 2 | Crystals Large | |
| 427 | 1 | Large Pillow chair foam | |
| | | **OFFICE** | |
| 428 | 1 | L-Desk grey mica | |
| 429 | 1 | High Back chair on wheels black | |
| 430 | 2 | Armchairs Grey | |
| 431 | 1 | Wall Cabinet with glass doors | |
| 432 | 2 | Monitors on stand LG | |
| | | **MAIN ROOM** | |
| 433 | 1 | Table 5 ft adjustable | |
| 434 | 2 | Monitors on stand LG 27" | |
| 435 | 8 | Armchairs Grey on wheels | |
| 436 | 1 | Conference Table 8 ft brown mica | |
| 437 | 1 | Television 72" Aluretek | |



# PERSONAL PROPERTY APPRAISAL

**MJ CAPITAL FUNDING LLC**
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17, 2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
|  |  | **MAIN ROOM CONT)** |  |
| 438 | 1 | Polycom Trio 8500 |  |
| 439 | 1 | Money Counter Deteck |  |
| 440 | 1 | Shredder Bexis |  |
| 441 | 1 | Printer HP 477 DW |  |
| 442 | 1 | Cabinet Grey mica glass doors |  |
| 443 | 1 | Waste Can mine stars |  |
| 444 | 1 | Water Cooler Ultimate H&L |  |
| 445 | 1 | Cabinet Low white mica |  |
|  |  | **SUITE 202** |  |
| 446 | 3 | Armchairs Grey sleigh base chrome |  |
| 447 | 1 | Cocktail Table 36" grey mica |  |
| 448 | 1 | Area Rug 4'x8' poor condition |  |
| 449 | 1 | Vase 3' |  |
| 450 | 1 | Plant in pot |  |
| 451 | 1 | L-Desk glass top |  |
| 452 | 1 | Armchair Grey on wheels |  |
| 453 | 1 | Television 50" Samsung with sound bar Bose |  |
| 454 | 1 | Printer HP 477 DW |  |
| 455 | 1 | Waste Can white |  |
|  |  | **OFFICE** |  |
| 456 | 1 | L-Desk glass top grey mica |  |
| 457 | 1 | High Back chair on wheels black |  |
| 458 | 1 | Shredder Boxis |  |
| 459 | 1 | Table Glass top small |  |
| 460 | 1 | Fan |  |
| 461 | 1 | Box Clothes assorted |  |
| 462 | 2 | Armchairs Grey sleigh base |  |
| 463 | 1 | File Cabinet 4 drawer black |  |
| 464 | 1 | Television 60" Samsung |  |
| 465 | 1 | White Board 2'x3' |  |
| 466 | 1 | Lot Small items décor balance of room estimate |  |
|  |  | **OFFICE** |  |
| 467 | 1 | Refrigerator French doors stainless steel Samsung digital inverter smart data |  |

# MARTIN CLAIRE & CO. LLC
Appraisal and Auction Services

## PERSONAL PROPERTY APPRAISAL

**MJ CAPITAL FUNDING LLC**
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: August 17,2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | **OFFICE (CONT)** | |
| 468 | 1 | Table Glass top | |
| 469 | 1 | Microwave Magic Chef stainless steel | |
| 470 | 1 | Ninja Coffee Maker | |
| 471 | 1 | Cabinet 2 door white glass | |
| 472 | 1 | Printer HP 477 DW | |
| 473 | 1 | Desk Grey mica | |
| 474 | 1 | Armchair Black an chrome on wheels | |
| 475 | 1 | L-Desk glass top mica | |
| 476 | 1 | High Back armchair black chrome base | |
| 477 | 1 | Money Counter Tacklife | |
| 478 | 1 | Fan | |
| 479 | 1 | Armchair Sleigh base grey | |
| 480 | 1 | Desk Lamp | |
| 481 | 2 | Folding Chairs | |
| 482 | 1 | Lot Small items balance of room estimate | |
| | | | TOTAL |



# PERSONAL PROPERTY APPRAISAL

**MJ CAPITAL FUNDING LLC**
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: September 9, 2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | **LOUNGE** | |
| 1 | 2 | Televisions Samsung QN65A 65" | |
| 2 | 6 | TElevisions Samsung QN60A 65" | |
| 3 | 6 | Lights 29" Vanity 3000K above installed with boxes new | |
| | | **EQUIPMENT** | |
| 4 | 1 | Hand Truck aluminum | |
| 5 | 1 | Ladder 8 ft | |
| 6 | 1 | Ladder 6 ft | |
| 7 | 1 | Saw Cut-Off Craftsman | |
| 8 | 1 | Saw Tile on rolling stand Ridgid | |
| 9 | 1 | Vacuum Cleaner Shop Ridgid NXT | |
| 10 | 2 | Plastic Job horses | |
| 11 | 2 | Folding Tables assorted | |
| 12 | 1 | Lot Debris empty cartons | |
| 13 | 1 | Vacuum Cleaner upright Power Force | |
| 14 | 1 | Fan | |
| | | **LOUNGE / BACK ROOM** | |
| 15 | 1 | Sink Bar stainless steel | |
| 16 | 1 | Stove Gas 6 burner stainless steel | |
| 17 | 1 | Hood 10 ft stainless steel with back wall stainless steel | |
| 18 | 1 | Bain Marie with waiter shelves stainless steel | |
| 19 | 1 | Hot Box counter glass doors 30" | |
| 20 | 1 | Table stainless steel 5 ft | |
| 21 | 1 | Steam Table stainless steel 5 ft | |
| 22 | 1 | Sink 3 compartment stainless steel with faucet | |
| 22 | 1 | Sour Stove | |
| 23 | 1 | Sanitary Sink stainless steel | |
| 24 | 1 | Folding Tables assorted | |
| 25 | 2 | Tables Stone tops | |
| 26 | 3 | Deep Fryders Pico stainless steel poor condition | |
| 27 | 3 | Chafin Dishes stainless steel | |
| 28 | 1 | Walk-In box missing door 2 compartment Master Bilt aluminum | |
| 29 | 3 | Sections Shelving | |
| 30 | 1 | Ladder 6 ft | |
| 31 | 1 | Lot Pots dishes glassware assorted small items balance back room est | |



**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

**MJ CAPITAL FUNDING LLC**
2754 W Atlantic Blvd
Pompano Beach, FL 33069

Case # : 21-61644-CIV-SINGHL
To: Cori Lopez-Castro Receiver
Date: September 9, 2021
AuctioN Liquidation Value (ALV)

| ITEM | QTY | DESCRIPTION | ALV |
|---|---|---|---|
| | | **RECEPTION** | |
| 32 | 2 | Chairs White leather | |
| 33 | 1 | Reception Desk 10 ft | |
| 34 | 2 | High Back chairs 1 grey 1 white on wheels | |
| 35 | 1 | Monitor Dell | |
| 36 | 2 | Bookcases White and grey | |
| 37 | 1 | Printer HP M442 Rok 57 Imagement Consulting | |
| 38 | 1 | Telephone Polycom | |
| 39 | 1 | Area Rug blue and tan | |
| 40 | 1 | Side Table round modern | |
| 41 | 1 | Photograph Framed "NYC" 2'X2' | |
| 42 | 1 | Television 55" Samsung | |
| | | **CONFERENCE ROOM** | |
| 43 | 1 | Table 8 ft metal base glass top | |
| 44 | 5 | Arm Swivel chairs grey | |
| 45 | 1 | Area Rug 8x10 | |
| 46 | 1 | Photograph "Sea Coast" 2x3 | |
| 47 | 1 | Television 55" TCL | |
| 48 | 1 | Cooler Vremi 1 door | |
| 49 | 1 | Vase with décor | |
| 50 | 2 | Side Chairs white plastic | |
| 51 | 1 | Calculator Casio | |
| | | **OFFICE** | |
| 52 | 1 | Desk Grey mica 60" | |
| 53 | 1 | Arm Chair white on wheels | |
| 54 | 1 | Keyboard | |
| 55 | 1 | Monitor Dell | |
| 56 | 1 | Telephone Polycom | |
| 57 | 2 | Arm Chairs chrome white | |
| 58 | 1 | Print Framed 1'x3' Britto 1993 | |
| 59 | 1 | Printer HP P57150DW IC 9FKY2 | |
| 60 | 1 | Paper Bin mica | |
| 61 | 1 | Surge Protector 600 VA | |
| 62 | 1 | Credenza with hutch white and grey | |
| 63 | 2 | Client Chairs white and chrome | |

Page 2