UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61644-CIV-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MJ CAPITAL FUNDING, LLC,
MJ TAXES AND MORE, INC., and
JOHANNA M. GARCIA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Entry of Judgment of Permanent Injunction and Other Relief Against Defendants MJ Capital Funding, LLC and MJ Taxes and More, Inc. (DE [61]), filed September 21, 2021.  Plaintiff Securities and Exchange Commission (the "Commission") moves for entry of a permanent injunction against Defendants MJ Capital Funding, LLC and MJ Taxes and More, Inc. (collectively, "Receivership Defendants").  The Receiver has consented to the entry of judgment on behalf of the Receivership Defendants.  *See* (DE [61-1]).  Having considered the motion, the consents, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Judgment of Permanent Injunction and Other Relief Against Defendants MJ Capital Funding, LLC and

MJ Taxes and More, Inc. (DE [61]) is **GRANTED**. The consent judgments[1] will be entered separately.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of October 2021.

```
                                    /s/ Raag Singhal
                                    _____
                                    RAAG SINGHAL
                                    UNITED STATES DISTRICT JUDGE
```

Copies furnished to counsel of record via CM/ECF

---

[1] The consent judgments will be entered in substantially the form submitted by the parties (DE [61-2]), with minor changes.