UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61644-CIV-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MJ CAPITAL FUNDING, LLC,
MJ TAXES AND MORE, INC., and
JOHANNA M. GARCIA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Receiver's First Interim Application to Authorize the Payment of Fees and Expenses of Receiver and her Professionals (DE [107]).  By the First Fee Application, the Receiver seeks payment of fees and costs incurred by the Receiver and her professionals from August 12, 2021 through October 31, 2021 (the "First Application Period").

The Court has considered the First Interim Application to Authorize the Payment of Fees and Expenses of Receiver and her Professionals (DE [107]) and the attachments thereto and finds and concludes the requested fees and expenses represent actual and necessary expenses incurred in the performance of the Receiver's duties, for which the Receiver and her professionals are entitled to compensation pursuant to the Order Appointing Receiver (DE [17]) and (DE [79]).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The fees of the Receiver Corali Lopez-Castro for the First Application Period in the amount of $65,800.00 are **APPROVED**.

2. The fees and expenses of Kozyak, Tropin & Throckmorton LLP for the First Application Period in the amount of $308,530.00 in fees and $16,588.24 in expenses are **APPROVED**.

3. The fees and expenses of KapilaMukamal, LLP for the First Application Period in the amount of $254,279.00 in fees and $1,104.16 in expenses are **APPROVED**.

4. The fees of HD Investigative Group, LLP for the First Application Period in the amount of $2,475.00 are **APPROVED**.

5. The Receiver is **AUTHORIZED** to pay 80% of the approved fees ($52,640.00 as to the Receiver Corali Lopez-Castro, $246,824.00 as to Kozyak Tropin & Throckmorton LLP, $203,423.20 as to KapilaMukamal, LLP, and $1,980.00 as to HD Investigative Group, LLP) and 100% of the approved expenses from the assets held by the Receivership Estate.

6. The Receiver may request payment of the remaining balance of the approved fees (i.e., the 20% holdback) upon final distribution of Receivership assets to investors.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of February 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF