# EXHIBIT A

SEC'S STANDARDIZED FUND ACCOUNTING REPORT

**Corali Lopez-Castro, as Receiver**
**SEC v. MJ Capital Funding, LLC, et al.**
**Case No. 21-61644-CIV-SINGHAL**

**STANDARDIZED FUND ACCOUNTING REPORT**
Reporting Period: 01/01/22– 03/31/22

| FUND ACCOUNTING | | | | |
|---|---|---|---|---|
| | | **Detail** | **Subtotal** | **Grand Total** |
| Line 1 | **Beginning Balance (as of 12/31/2021)** (Note 1) | | | $10,920,102.43 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | | | |
| Line 3 | **Cash and Securities** | | | |
| Line 4 | **Interest/Dividend Income** | $4,003.70 | | |
| Line 5 | **Business Asset Liquidation** (Note 2) | $140.00 | | |
| Line 6 | **Personal Asset Liquidation** | | | |
| Line 7 | **Third-Party Litigation Income** | | | |
| Line 8 | **Miscellaneous – Other** (Note 3) | $1,093,670.22 | | |
| | **Total Funds Available (Lines 1-8):** | | | $12,017,916.35 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | N/A | | |
| Line 10 | **Disbursements for Receivership Operations** | N/A | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $782,031.05 | | |
| Line 10b | *Business Asset Expenses* (Note 4) | $12,181.30 | | |
| Line 10c | *Personal Asset Expenses* | $0.00 | | |
| Line 10d | *Investment Expenses* (Note 5) | $145.00 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | $0.00 | | |
| Line 10f | *Tax Administrator Fees and Bonds* | $0.00 | | |
| Line 10g | *Federal and State Tax Payments* | $0.00 | | |
| | **Total Disbursements for Receivership Operations** | | | $794,357.35 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | $0.00 | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | $0.00 | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund:** | | | $0.00 |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | | |
| Line 12b | *Federal Tax Payments* | $0.00 | | |
| | **Total Disbursements to Court/Other:** | | | $0.00 |
| | **Total Funds Disbursed (Lines 9-11):** | | | $794,357.35 |
| Line 13 | **Ending Balance (as of 12/31/2021):** | | | <u>$11,223,559.00</u> |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $0.00 | | |
| Line 14b | *Investments* | $0.00 | | |

**Corali Lopez-Castro, as Receiver**
**SEC v. MJ Capital Funding, LLC, et al.**
**Case No. 21-61644-CIV-SINGHAL**

**STANDARDIZED FUND ACCOUNTING REPORT**
**Reporting Period: 01/01/22– 03/31/22**

| FUND ACCOUNTING | | | | |
|---|---|---|---|---|
| | | **Detail** | **Subtotal** | **Grand Total** |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | **$11,223,559.00** |
| **OTHER SUPPLEMENTAL INFORMATION** | | | | |
| | | Detail | Subtotal | Grand Total |
| **Line 15-19** | | N/A | | |
| | | | | |

Note 1: The Receiver estimates that the Beginning Balance includes approximately $1,056,065 of funds deposited into MJ Capital's Chase Bank Account on and after August 12, 2021.

Note 2: "Business Asset Liquidation" consists of proceeds from the sale of model cars.

Note 3: "Miscellaneous – Other" consists of cash surrendered by individuals and companies from January 1, 2022 through March 31, 2022.

Note 4: "Business Asset Expenses" consists of expenses for a vendor to scan investor related agreements located at Pompano Beach premises.

Note 5: Represents bank fees