# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61644-CIV-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

　　Plaintiff,

v.

MJ CAPITAL FUNDING, LLC,
MJ TAXES AND MORE, INC., and
JOHANNA M. GARCIA,

　　Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Receiver's Motion to Approve Settlement Agreement with Investor Class Representatives and Wells Fargo Bank, N.A. and for Related Relief (DE [_____]), filed on December 30, 2022, which moves for entry of an order approving the settlement agreement entered into between the Receiver, and Gilmer Bautista, Gilmer's Enterprise LLC, Juan Mendoza, Alejandro Diaz and Tyler Witter (the "Class Representatives") on one hand, and Wells Fargo Bank, N.A. ("Wells Fargo"), on the other hand, a copy of which is attached as Exhibit 1 to the motion ("the "Settlement Agreement"). Having considered the Settlement Agreement and the motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Receiver's Motion to Approve Settlement Agreement with Investor Class Representatives and Wells Fargo Bank, N.A. and for Related Relief (DE [_____]) is **GRANTED**.

2.  The Settlement Agreement is approved, subject to this Court's final approval of the Settlement Agreement in *Gilmer Bautista, et al, v. Wells Fargo Bank, N.A.*, Case No. 21-61749-AHS, and entry of the Final Order and Judgment in such action.

3.  The Receiver serving as the Settlement Administrator[1] under the Settlement Agreement is approved. The Settlement Administrator is authorized to take all reasonable steps to comply with the terms of the Settlement Agreement, including, but not limited to, engaging professionals and service providers to assist with her duties, providing the Distributions as described in the Settlement Agreement, and incurring and paying Notice and Administration Expenses and Taxes with funds from the Settlement Fund without the need for further court approval.

4.  The procedure described in the Settlement Agreement to allow Additional Claimants to submit Claim Forms to the Settlement Administrator is approved.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Florida, this ___ day of _____, 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF

---

[1] Capitalized terms not defined herein have the definitions provided for in the Settlement Agreement.