(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __0:21-CV-61644-AHS__

__Securities and Exchange Commission__
Plaintiff(s)

v.

__MJ Capital Funding LLC et al__
_____
_____
Defendant(s)

FILED BY ___ D.C.
JUL 14 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Motion For Recovery of Funds
(TITLE OF DOCUMENT)

I, __Sorina Salomon__ plaintiff or defendant, in the above styled cause,

Request for Assistance was denied Claim- MJ Capital Funding (claim # 10302).

Dear Your Honor, My name is Sorina Salomon. I am a certified Nursing Assistant with over 20 years of experience caring for elderly. I am 66-years old. I am the primary care giving for my two daughters and six grandchildren. One of my daughters is struggling with depression after her husband left, and I've stepped in to support her children. I was introduced to MJ Capital Funding and invested $45,000 money from the sale of our family home intended for my retirement and my grandchildrens future. Due to language and technology, I missed an important email on February 23, 2023, and only recently discovered my claim (#19392)

(Rev. 10/2002) General Document

was denied on June 27, 2025. I've made multiple calls to (305-728-2981) over the past year with no response. I work long hours for modest pay and was devastated by the denial. This money represents years of sacrifice and hope for my family's future. I respectfully ask for your compassion in helping me recover these funds. Your support would mean everything to me and my grandchildren.

Sincerely,
Sorina Salomon
Claim# 19392
Phone - (321-240-3429)

## Certificate of Service

I _____, certify that on this date _____ a true copy of the foregoing document was mailed to: _____
                                                      name(s) and address(es)

By:
SoiRiNA SALoMoN
Printed or typed name of Filer

Signature of Filer

Florida Bar Number

E-mail address

Phone Number

Facsimile Number

3821 NE 4th Avenue
Street Address

Deerfield bch. Fla 33064
City, State, Zip Code