UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61644-CIV-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MJ CAPITAL FUNDING, LLC,
MJ TAXES AND MORE, INC., and
JOHANNA M. GARCIA,

    Defendants.
_____/

## **ORDER**[1]

**THIS CAUSE** is before the Court on the Receiver's Motion to Approve Settlement Agreement with the Khan Parties and for Related Relief (DE [327]). The instant motion requests the entry of an order approving the Settlement Agreement (DE [327-1]) entered into between the Receiver, on one hand, and Raed Khan, Ascension Capital Group, LLC, Khan1, LLC, Khan2, LLC, Khan3, LLC and Khan4, LLC (collectively, the "Khan Parties"), on the other hand, a copy of which is attached as Exhibit 1 to the motion (the "Settlement Agreement"). The Receiver has conducted an extensive review of the MJ Defendants' records and filed a lawsuit against the Khan Parties, Case No. 25-61605-AHS, seeking recovery of the Fraudulent Transfers. In order to fully and finally resolve their disputes, avoid litigation, expense and delay, and settle all claims and causes of action in connection with the Fraudulent Transfers, the Receiver and the Khan Parties have reached a compromise and settlement as set forth in the Settlement Agreement (DE [327-

---

[1] In Granting this Motion, the Court has adopted the language proffered by the parties with minor alterations.

1]). Having considered the motion (DE [327]) and the Settlement Agreement (DE [327-1]), and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. The Receiver's Motion to Approve Settlement Agreement with the Khan Parties and for Related Relief (DE [327]) is **GRANTED**.

2. The Receiver is **AUTHORIZED** to pay the contingency fee of 30% of the gross recovery realized, generated, received or obtained under the Settlement Agreement to her counsel, Kozyak Tropin & Throckmorton, LLP, as recoveries are received under the Settlement Agreement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of February 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF